MIED (Rev. 5/05) Statement of Disclosure of Corporate Affiliations and Financial Interest

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Robin Aldrich,

Plaintiff(s),

Case No. 2:10-cv-13515-AC

v.

Judge Avern Cohn

Boysville of Michigan, Inc., a Michigan corporation, doing buisiness as Holy Cross Children's Services, Defendant(s).

Magistrate Judge

_______________________________________/

## STATEMENT OF DISCLOSURE
## OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

Pursuant to E. D. Mich. LR 83.4, Boysville ov Michigan, Inc. d/b/a Holy Cross Children's Services
[Name of Party]

makes the following disclosure: *(NOTE: A negative report, if appropriate, is required.)*

1. Is said corporate party a subsidiary or affiliate of a publicly owned corporation?

   Yes ☐ No ☒

   If the answer is yes, list below the identity of the parent corporation or affiliate and the relationship between it and the named party.

   Parent Corporation/Affiliate Name: ____________________
   Relationship with Named Party: ____________________

2. Is there a publicly owned corporation or its affiliate, not a party to the case, that has a substantial financial interest in the outcome of the litigation?

   Yes ☐ No ☒

   If the answer is yes, list the identity of such corporation or affiliate and the nature of the financial interest.

   Parent Corporation/Affiliate Name: ____________________
   Nature of Financial Interest: ____________________

Date: September 23, 2010

[signature]
Signature

P31706
Bar No.

201 W. Big Beaver Road, Suite 500
Street Address

Troy, MI 48084
City, State, Zip Code

(248) 743-6025
Telephone Number

kpiper@bodmanllp.com
Primary Email Address