UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN ALDRICH,

Plaintiff,

v.

BOYSVILLE OF MICHIGAN, INC., a Michigan corporation, doing business as HOLY CROSS CHILDREN'S SERVICES,

Defendant.

Case No.: 4:10-cv-13515-AC

Hon. Mark A. Goldsmith

---

LaFLAMME & MAULDIN, P.C.
By: Richard N. LaFlamme (P32641)
2540 Spring Arbor Road
Jackson, Michigan 49203
(517) 784-9122
rlaflamme@lm-law.net
Attorneys for Plaintiff

BODMAN PLC
By: Karen L. Piper (P31706)
201 W. Big Beaver Road, Suite 500
Troy, Michigan 48084
(248) 743-6025
kpiper@bodmanlaw.com
Attorneys for Defendant

---

## INDEX OF EXHIBITS

1. Deposition of Robin Aldrich (January 19 and June 8, 2011)
2. Deposition of HCCS Division Manager, Rick Kruse (June 22, 2011)
3. Deposition of HCCS Executive Director, Loren Brown (June 14, 2011)
4. HCCS Employee Handbook Mission Statement and Equal Employment Opportunity Policy
5. Deposition of HCCS Regional Manager, William Geddes (July 6, 2011)
6. Deposition of HCCS Chief Financial Officer, John Lemmer (June 28, 2011)
7. Affidavit of HCCS Director of Human Resources, Alyson Beck
8. List of HCCS Employees Laid-Off (48 total) October 1 through December 31, 2008
9. Deposition of HCCS Director of Information Systems, Kathy Pixley (June 22, 2011)

10. Deposition of HCCS Director of Human Resources, Alyson Beck (June 22, 2011)

11. Notice of Layoff (October 21, 2008)

12. Letter from Mr. Kruse regarding Request for State Variance for Plaintiff Aldrich (undated)

13. E-mail correspondence Mr. Kruse to Ms. Aldrich (November 19, 2008)

14. Plaintiff Aldrich's Journal Notes (November 2008)

15. Plaintiff Aldrich's Application for Employment at HCCS

16. Plaintiff Aldrich's 2005 Employee Handbook Receipt

17. Plaintiff Aldrich's Journal Notes (undated)

18. E-mail correspondence Plaintiff Aldrich to Ms. Pixley (September 24, 2008)

19. Plaintiff Aldrich's Charge of Discrimination (April 22, 2009)

20. Oral Reminder (October 13, 2008)

21. Defendant HCCS's Responses to Plaintiff's First Set of Interrogatories and Requests for Production of Documents

22. E-mail correspondence Mr. Kruse to Plaintiff Aldrich (September 30, 2008)

23. HCCS On-Call Lists (multiple)