# Exhibit 4

HolyCross
CHILDREN'S SERVICES

# Co-Worker Handbook

*Wisdom to see...*

*...courage to act*

~ Basil Moreau, founder
Congregation of Holy Cross

November 2005

Aldrich
00352

# Holy Cross Children's Services

## Mission

Holy Cross Children's Services (HCCS) is a Catholic-oriented, nonprofit child care and family preservation organization whose headquarters are in Clinton, Michigan. The Agency conducts residential and community-based programs throughout the State of Michigan. Its purpose is to serve the needs of Michigan families and children without regard to race, creed or economic status. HCCS is a member of Boysville of Michigan, Inc.

HCCS seeks to provide for the social, emotional, educational, economic and spiritual needs of its clients and staff with the goal of empowering children and families to function effectively in their community. HCCS provides a community-oriented living and working environment and seeks to be an effective advocate on issues which affect children and families. The Agency maintains programs which incorporate peer influence, individual attention, family involvement, formal education and staff team work.

## Core Values

The Agency is committed to serve the needs of youth and families through wholistic treatment plans that are centered around its core values of *justice, advocacy, dignity, excellence* and *service.*

**JUSTICE**

- We have a preference for serving the neediest and most vulnerable. We provide opportunity and quality service to all regardless of age, gender, life-style, cultural or ethnic background, religious beliefs, social or economic status.

**ADVOCACY**

- We advocate at local, state, and national levels on behalf of children and families and for the allocation of adequate resources that meets their basic physical, mental, emotional, spiritual and social needs.

**DIGNITY**

- We respect the inherent dignity and worth of every person, recognizing people's social relationships to one another and the central role of the family in human life and in society.

**EXCELLENCE**

- We are committed to developing a community of dedicated professionals and to recognizing excellence and innovation in our performance of client-centered services.

**SERVICE**

- We are committed to shaping the quality of our services by bringing together people who recognize that every interaction is a unique opportunity to serve each other, the community, and society, as an expression of our identity.

## Code of Ethics

The Holy Cross Children's Services mission is rooted in its set of Core Values. The Agency's Mission and Values are the foundations for our unique purpose and perspective. Our Core Values with accompanying definitions present principals for action. This combination is the Agency's Code of Ethics. The Code of Ethics, Mission and Core Values, present a framework for co-workers to follow as a decision making guide in their service to our clients. Co-workers decisions and actions should be consistent with the Agency's Mission and Core Values.

**SECTION 2. EQUAL EMPLOYMENT OPPORTUNITY**

2.1 EQUAL EMPLOYMENT OPPORTUNITY

Holy Cross Children's Services is an equal opportunity employer and does not discriminate against otherwise qualified individuals in its recruitment, employment, transfer, training, promotion and other employment practices on the basis of race, color, creed, national origin, ancestry, sex, age, disability or other legally protected status.

The Human Resources Director is the designated coordinator for enforcing the Equal Opportunity policy. If a co-worker believes he/she has been discriminated against, the Human Resources Director should be notified immediately.

2.2 CULTURAL SENSITIVITY

Cultural competence is the ability of individuals and systems to provide services effectively to people of all cultures, races, ethnic backgrounds, and religions in a manner that recognizes, values, affirms and respects the worth of individuals, and protects and preserves the dignity of each. Because Holy Cross Children's Services serves clientele from diverse cultural backgrounds, it believes that attaining cultural competence and maintaining culturally diverse awareness, appreciation, sensitivity and action within the Agency is necessary in order to provide effective service. This is accomplished by reflecting cultural diversity in its staff composition, in co-worker training, and by incorporating cultural sensitivity and awareness into everyday Agency life through art, music, literature, and client activities.

2.3 REASONABLE ACCOMMODATION

Co-workers who have a disability who are qualified to do a job are protected from job discrimination by the Americans with Disabilities Act (ADA) and/or state law. A disability is defined as a physical or mental impairment that substantially limits a major life activity, or a record of or being regarded as having such an impairment.

The Agency will make reasonable efforts to accommodate applicants or co-workers with a known disability (that substantially limits a major life activity) who are otherwise qualified, and can perform the essential functions of a job, unless accommodation would impose undue hardship on the Agency. Accommodation means a change to a job or work environment designed to facilitate equal employment opportunity. Applicants or co-workers who require accommodation must notify the Human Resources Director or their supervisor promptly upon learning of the need for accommodation.

2.4 BLOODBORNE PATHOGENS/AIDS

In order to maintain the health and safety of all co-workers and youth, Holy Cross Children's Services has adopted both a Statement on AIDS and an exposure control plan in regard to minimizing exposure to pathogens carried by body fluids such as Hepatitis B, C and the HIV virus (AIDS). All co-workers will follow the precautions and controls set forth in the Bloodborne Pathogens Exposure Control Plan, a copy of which is at every site, in all work-related activities.

As much confidentiality as possible regarding co-workers and youth affected by a bloodborne pathogen will be maintained at all times. There will be no discrimination regarding programs or work assignments because of a youth or co-worker affected by a bloodborne pathogen, as long as the youth or co-worker does not pose a direct threat to the health or safety of himself/herself or others that cannot be eliminated or reduced through reasonable accommodation. Any co-worker who feels that he or she has been the subject of discrimination regarding a bloodborne pathogen should notify the Human Resources Director.



Aldrich
00359