# Exhibit

# 7

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN ALDRICH,

Plaintiff,

-v-

BOYSVILLE OF MICHIGAN, INC., a Michigan corporation, doing business as HOLY CROSS CHILDREN'S SERVICES,

Defendant.

Case No. 2:10-cv-13515-AC

Hon. Mark Goldsmith

LaFLAMME & MAULDIN, P.C.
By: Richard N. LaFlamme (P32641)
2540 Spring Arbor Road
Jackson, MI 49203
(517) 784-9122
Attorneys for Plaintiff
rlaflamme@lm-law.net

BODMAN PLC
By: Karen L. Piper (P31706)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6025
Attorneys for Defendant
kpiper@bodmanlaw.com

BELLANCA, BEATTIE & DELISLE, P.C.
By: James V. Bellanca, Jr. (P10663)
James C. Zeman (P22711)
20840 Vernier Road
Harper Woods, MI 48225
(313) 882-1100
jbellanca@bellanca.com
jzeman@bellanca.com

## AFFIDAVIT OF ALYSON BECK

ALYSON BECK, being first duly sworn, deposes and says, if called upon as a witness she could testify competently to the following:

1. I am the Director of Human Resources for Holy Cross Children's Services, a position I have held since May 2007.

2. Following my deposition on June 22, 2011, I checked Venus Lombrana's personnel file to verify her education.

3. Ms. Lombrana earned a Bachelor of Arts degree with a major in Criminal Justice from Siena Heights University in December 2004. See Attachment A.

4. Ms. Lombrana earned a Master of Science degree in Psychology from Walden University in February 2009. See Attachment B.

5. I also located copies of some of the proposed budgets which identify coworkers whose positions were considered for elimination. See Attachment C.

Further affiant says not.

Alyson Beck

Alyson Beck

Subscribed and sworn to before
me this 2nd day of August, 2011

Lora Feldkamp

Notary Public, Lenawee County, MI
Acting in Lenawee County
My Commission Expires: 6/28/15

# BECK AFFIDAVIT

# ATTACHMENT A

Siena Heights University

517/796-8672, fax: 517/796-8637, web: www.sienahts.edu
McDivitt Hall, 2111 Emmons Road, Jackson, Michigan 49201

*Siena Heights University at Jackson Community College*

January 10, 2005

To Whom It May Concern:

This letter is to verify that as of December 31, 2004, Venus Lombrana has completed the academic requirements to receive a Bachelor of Arts Degree with a major in Criminal Justice from Siena Heights University. Pending review by the Siena Heights University Registrar's Office, Venus Lombrana will be issued her degree in January 2005.

If you have any questions, please feel free to contact me at 517.796.8672.

Lesley L. Weidner

Lesley Weidner
Siena Heights University, Jackson Center

THE FACE OF THIS OFFICIAL TRANSCRIPT HAS A BLUE COLORED BACKGROUND ON WHITE PAPER

SIENA HEIGHTS UNIVERSITY 1919

# SIENA HEIGHTS UNIVERSITY

Adrian, Michigan 49221-1796



Name: Ms. Venus Marie Lombrana
150 Trumble Lake Rd.
Rives Junction, MI 49277

Soc Sec #: ***-**-****
Birthdate: 01/25/81

Student ID: 213762

Associate Degree Earned: Degree Date Earned:
Major:
Major:
Bachelor Degree Earned: Bachelor of Arts ✓ Degree Date Earned: 12/31/2004
Major: Criminal Justice
Major:
Minor:
Minor:
Minor:
Teacher Certification: Certification Date:

---------------------- 2003 ----------------------

Transfer work from Bowling Green State University

| | | |
|---|---|---|
| ASTR201 | Modern Astronomy | 3.00 C |
| BIOL101 | Environment of Life | 3.00 D |
| CRJU210 | Intro Criminal Justice | 3.00 C |
| CS100 | Computer Basics | 3.00 C |
| DANC102 | Ballroom Dance I | 1.00 C |
| ENG111X | Introductory Writing | 3.00 S |
| ENG112 | Varieties of Writing | 3.00 C |
| HDFS302 | Contmp Marriage/Fam Relat | 3.00 B |
| HDFS328 | Pre-Adolescent/Adolescent | 3.00 C |
| HIST152 | The Modern World | 3.00 B |
| ITAL101 | Elem Italian I | 4.00 A |
| MATH115 | Intro to Statistics | 3.00 B |
| PHIL101 | Intro to Philosophy | 3.00 C |
| PHIL318 | Philosophy of Law | 3.00 B |
| POLS110 | American Government | 3.00 B |
| POLS303 | Intro Public Adminis | 3.00 A |
| PSYC201 | General Psychology | 4.00 B |
| PSYC303 | Psyc of Child Development | 3.00 B |
| SOC101 | Principles Sociology | 3.00 B |
| SOC441 | Criminology | 3.00 C |

Total Accepted from Bowling Green Univers - 60sh.

| | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|
| ses | 0.00 | 0.00 | 0 | 0 | 0.00 |
| cum | 60.00 | 60.00 | 0 | 0 | 0.00 |

---------------------- 2003 ----------------------

Transfer work from Bowling Green State University

| | | |
|---|---|---|
| ITAL102 | Elem Italian II | 4.00 B |
| PSYC405 | Psyc of Abnorml Behavior | 3.00 C |
| SOC301 | Social Psychology | 3.00 B |
| SOC316 | Minority Groups | 3.00 B |

Total Accepted from Bowling Green St. Univ. 13 sh

---------------- To be continued ----------------

---------------------- 2003 (cont.) ----------------------

| | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|
| ses | 0.00 | 0.00 | 0 | 0 | 0.00 |
| cum | 73.00 | 73.00 | 0 | 0 | 0.00 |

---------------------- Fall 2003 ----------------------

| | | |
|---|---|---|
| GEN301JA | The Adult Learner | 3.00 A+ |
| PHI320JA | Social Ethics | 3.00 A |
| PSY431JA | Attitude Change and Persuasion | 3.00 A |

| | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|
| ses | 9.00 | 0.00 | 9 | 36 | 4.00 |
| cum | 82.00 | 73.00 | 9 | 36 | 4.00 |

---------------------- Winter 2004 ----------------------

| | | |
|---|---|---|
| CRJ340JA | Juvenile Delinquency | 3.00 A+ |
| CRJ341JA | Law Enforcement/Comm Relations | 3.00 A+ |
| CRJ440JA | Criminal Law | 3.00 A |

| | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|
| ses | 9.00 | 0.00 | 9 | 36 | 4.00 |
| cum | 91.00 | 73.00 | 18 | 72 | 4.00 |

---------------------- Summer 2004 ----------------------

| | | |
|---|---|---|
| CRJ480JA | Cooperative Work Experience | 3.00 A |
| GEN401JA | General Education Seminar | 3.00 B+ |
| SWK400JA | Social Work for the Tech Prof | 3.00 A |

| | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|
| ses | 9.00 | 0.00 | 9 | 33 | 3.66 |
| cum | 100.00 | 73.00 | 27 | 105 | 3.88 |

---------------------- 2004 ----------------------

Transfer Work from Jackson Community College

| | | |
|---|---|---|
| CRJ113 | Intro Criminalistic | 3.00 4.0 |
| CRJ121 | Intro to Corrections | 3.00 2.0 |
| ECE131 | Working with Toddlers | 3.00 3.5 |
| HPF168 | Weight Training & | 2.00 3.0 |

---------------- To be continued ----------------

Printed on 08/30/2005

**ISSUED TO STUDENT**

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

THE FACE OF THIS OFFICIAL TRANSCRIPT HAS A BLUE COLORED BACKGROUND ON WHITE PAPER

SIENA HEIGHTS UNIVERSITY 1919

# SIENA HEIGHTS UNIVERSITY



Name: Ms. Venus Marie Lombrana    Soc Sec #: ***-**-****    Student ID: 213762

------------------ 2004 (cont.) ------------------

PLS262 International Rela 3.00 3.5
Total Accepted from Jackson C.C. 14 s.h.

| | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|
| ses | 0.00 | 0.00 | 0 | 0 | 0.00 |
| cum | 114.00 | 87.00 | 27 | 105 | 3.88 |

------------------ Fall 2004 ------------------

CRJ441JA Courtroom Demeanor/Techniques 3.00 A
CRJ495JA Senior Seminar 3.00 A

| | earn | pass | quality | points | gpa |
|---|---|---|---|---|---|
| ses | 6.00 | 0.00 | 6 | 24 | 4.00 |
| cum | 120.00 | 87.00 | 33 | 129 | 3.90 |

******************END OF TRANSCRIPT******************

Brenda K. Dolemus 08/30/2005
Office of the Registrar

RECEIVED
SEP 09 2008

The Family Educational Rights and Privacy Act of 1974 prohibits the release of this information without the student's written consent.

ISSUED TO STUDENT

THE BACK OF THIS DOCUMENT CONTAINS AN ARTIFICIAL WATERMARK - HOLD AT AN ANGLE TO VIEW

# BECK AFFIDAVIT

# ATTACHMENT B

# Walden University

Having completed the studies and satisfied the requirements prescribed by the Board of Directors of Walden University,

## Venus Marie Lombrana

is admitted to the degree of

## Master of Science

### Psychology

and to all rights, privileges and honors pertaining thereto.
In Testimony Whereof, this diploma is conferred at Minneapolis, Minnesota, this month of February, 2009.

saw original
V. Pierce
9/15/09

Paula R. Singer
Chair of the Board of Directors

President

# BECK AFFIDAVIT

# ATTACHMENT C

**HCCS 2009 Proposed Budget**
**Program Changes and Reductions**

| | | |
|---|---|---|
| $ 200,000 | $ (35,000) | Consolidate Andre (Detroit Region) boys abuse/neglect program with Hitchcock program |
| $ 150,000 | $ (24,000) | Close Drexel (Detroit Region) girls abuse/neglect program |
| $ 250,000 | | Close 1 SOT & Detention Alt. programs at Clinton and staffing |
| $ 210,000 | | Staffing to reduce one unit at Moreau Center (Completed) |
| $ 50,000 | | Close boys Segue (North Region) program (Completed) |
| | | South Region |
| | $ 64,646 | Div Mgr Clint - Lombrana |
| | $ (70,529) | Add Div Mgr Monroe |
| | $ 27,509 | Cook Mon - Goodman |
| | $ 35,050 | Night Staff Mon - McKart |
| | $ 32,850 | Night Staff Mon - Wooley |
| | $ 38,958 | TS II Mon - Jones |
| | $ 39,254 | TS II Mon - Torasian |
| | $ 68,099 | Teacher Clint |
| | | Add TSC |
| $ 100,000 | | Detroit Region staffing due to less programs |
| | $ 40,161 | Secretary - Harris |
| | $ 40,461 | Cook - Ryles |
| | $ 70,092 | Div Mgr - Newson-Dunn |
| | $ 76,577 | Div Mgr - Williams |
| $ 100,000 | | North Region staffing |
| | $ 19,109 | Queen Cook - Simon |
| | $ 39,637 | Maint - Rocha |
| | $ 40,266 | Maint - Ferchau |
| | | Add TSC |
| | $ (12,000) | Upgrade Div Mgr |
| $ 250,000 | | Central Services staff reductions |
| | $ 65,561 | IS - Aldrich |
| | $ 37,420 | Payroll - Pizana |
| | $ 39,227 | Purchase - Gentz |
| $ 300,000 | $ 335,000 | Extra duty pay for Foster Care & Independent Living programs |
| $ 1,100,000 | $ 650,000 | Eliminate APL over 320 hours automatic cash payout & max cash-in to 80 hours/year |
| $ 300,000 | | Overtime cost reduction |
| $ 150,000 | | Directors/regions restructuring (Completed except for adding Clinical Director) |
| | $ 106,508 | Birkam |

| | | | | |
|---|---|---|---|---|
| | | $ | (130,000) | Add Clinical Dir |
| $ | 10,000 | $ | 17,000 | Armbruster (Completed) |
| $ | 22,500 | $ | 22,500 | Hertel (Completed) |
| $ | 10,000 | $ | 12,000 | Liedel (Completed) |
| $ | 13,200 | $ | 8,800 | Muirhead (Completed after April) |
| $ | 30,000 | $ | 37,000 | Miller (Completed) |
| $ | 15,000 | $ | 12,000 | Alliance for Children & Families (Completed) |
| $ | 30,000 | $ | 42,000 | Remington |
| $ | 3,290,700 | $ | 1,746,156 | |

**Alyson Beck**

**From:** Alyson Beck
**Sent:** Monday, January 26, 2009 3:28 PM
**To:** William Geddes; Sharon Berkobien; Lynne Alexander
**Cc:** John Lemmer; Gary Tester; Loren Brown
**Subject:** Status of 2009 Budget Reductions
**Importance:** High

Good afternoon – this e-mail is a follow up to the recent budget reductions and program changes that were suppose to take place in December for the 2009 budget. We are verifying the list below to determine if these these budget reductions have occurred. Would you please review the following list to update on the status of these items that were included in the reductions for your region?

*South Region*

- Clinton Residential Care Manager
- Moreau Secretary

*Detroit Region*

- SIL Supervisor (this co-worker requisition was filled however a SIL Worker was closed/cancelled to replace Ryan Nelson)

*North Region*

- (2) General Maintenance II co-workers (laid off both co-workers but one was moved to TOC and has worked 32-48 hrs/pay since lay-off)
- (2) Corcoran Trackers to regular part-time

Please only provide feedback for your region. Loren would like an update on this information ASAP so please respond by Tuesday, 1/27/09. Thank you.

*Alyson Beck*
*HR Director*
*abeck@hccsnet.org*
*(517) 423-7116*
*Holy Cross Children's Services*
*(a member of Boysville of Michigan)*

PRIVACY NOTICE:

The information in this email is confidential and may be legally privileged. It is intended solely for the intended recipient(s). Access to this email message by anyone other than the recipient(s) is prohibited. If you are not the intended recipient, please note that any disclosure, copying, distribution or any action taken in reliance upon it is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender. This message was created with the resources of Holy Cross Children's Services and is subject to Holy Cross Children's Services Policy IS017.

Electronic Scheduling System

HCCS 2009 Budget Program Changes and Cost Reductions
Budget approved December 5, 2008

| | |
|---|---|
| $200,000 | Consolidate André (Detroit Region) boys abuse/neglect program with Hitchcock program yes |
| $150,000 | Close Drexel (Detroit Region) girls abuse/neglect program Yes |
| $250,000 | Close 1 SOT & Detention Alt. programs at Clinton and staffing yes |
| | Clinton cook part time yes Cancelled open Req |
| | Clinton pantry worker part time yes Cancelled open Req |
| | Clinton division manager yes (Vern) |
| | Clinton (2) school TS' moved to TSC + TSS |
| | Clinton residential care manager NO |
| | Clinton lead teacher yes webb |
| | Clinton add back for TSC's yes |
| | North add back for TSC's yes |
| | Staffing to reduce one unit at Moreau Center (Completed) yes |
| | Moreau secretary NO |
| | Moreau cook yes |
| | Moreau night staff yes |
| | Moreau (2) TS' yes |
| $50,000 | Close boys Segue (North Region) program (Completed) yes |
| | Detroit Region staffing due to less programs NO |
| | Detroit secretary Joyce Harris - yes |
| | Detroit cook yes - covering cook on leave |
| | Detroit (2) division manager yes - one to school - add to SIL super |
| | Detroit SIL supervisor ? NO Fill By Sharon Dunn |
| | Queen cook yes |
| | North general maintenance II - 2 Positions |
| | NSD from RPT to TOC yes |
| | Corcoran tracker from RFT to RPT NO |
| | Corcoran tracker from RFT to RPT NO |
| | Central Services staff reductions (approx. $60,000 completed) yes |
| $300,000 | Extra duty pay for Foster Care & Independent Living programs yes |
| | Cap APL accrual at 240 with no "spill over" payout & max cash-in to 80 hours/year -? |
| | Suspend cash-in |
| $300,000 | Overtime cost reduction -? |
| $150,000 | Directors/regions restructuring net of adding Clinical Director -? |
| $10,000 | Armbruster (Completed) yes |
| $22,500 | Hertel (Completed) yes |
| $10,000 | Liedel (Completed) Looks like yes. Last Bill in Sept |
| $13,200 | Muirhead (Completed) - on monthly (this still continues through 9/09) |
| $30,000 | Miller (Completed) yes |
| $15,000 | Alliance for Children & Families (Completed) yes |
| $30,000 | Remington yes |
| | Bletle and Shanku to Samaritan payroll NO |
| | Samaritan Center rent suspended to reduce AR yes |
| | Travel, food, transportation, dues, supplies, legal, other -? |
| $10,000 | Cracchiolo housekeeping (completed) yes |
| | Advocate printing in house -? |

+5K +3 1 Monroe Div. Mgr