# Exhibit
# 8

HolyCross
CHILDREN'S SERVICES

**Agency co-worker's notified of lay-off 10/08 – 12/08**

| Co-worker's Name | Job Title | Approx. Height (from mgr/sup) | Sex |
|---|---|---|---|
| Sharon G. Newson-Dunn | Division Manager | | Female |
| Elaine Ryles | Cook | | Female |
| Darrell L. Rich | TS I | | Male |
| Benney Joyce Harris | Secretary | | Female |
| Alexander I. Amadi | TS II | | Male |
| William A. Brantley | TS II | | Male |
| Stephen Wilson | TS IV | | Male |
| Lonza A. Feagin, Jr. | TS IV | | Male |
| Michael J. Cowart | TS IV | | Female |
| Vanessa Clark | Family Worker | | Female |
| Patricia T. Olagbegi | House Coordinator | | Female |
| Tonia N. Hayes | TS I | | Female |
| Delena R. Campbell | TS II | | Female |
| Melody Guyton | TS IV | | Female |
| LaToya D. Jones | TS IV | | Female |
| Oluranti O. Oyebade | TS IV | | Female |
| Rosie M. Perry | TS IV | | Female |
| Katrina L. Jackson | TS IV | | Female |
| Robert Williams | Division Mgr | | Male |
| Gennell Goodman | Cook | | Female |
| Shawn M. Wooley | Night Staff | | Male |
| Harold McKart<br>Last known telephone #:<br>(734)693-0124 | Night Staff | Approx. 5'8"<br>27. yrs. | Male |
| Weyman R. Jones | TS II | | Male |
| John C. Torosian | TS II | | Male |
| Melinda C. Laboe | TS IV | | Female |
| Kevin M. Trickey | Assisting Teacher | | Male |
| Geraldine Boykin | TS II | | Female |
| Leona L. Webb | Lead Teacher | | Female |
| Joshua R. Williams | Night Staff (RPT) | | Male |
| Keith Frank *(position was eliminated – Mr. Frank retired)* | Night Staff | | Male |
| Venus Lombrana | Division Mgr | | Female |
| Jason Schroeder<br>Last known telephone #:<br>(517)423-3688 | Mower Operator | Approx. 5'8" | Male |
| Sue A. Simon | Cook | | Female |
| Joseph P. Rocha<br>Last known telephone #:<br>(989)397-0695 | Gen Maint II | Approx. 5'6" | Male |
| Keith Ferchau<br>Last known telephone #:<br>(989)777-3266 | Gen Maint II | Approx. 5'7" | Male |
| Jesse Renkiewicz – *(hours reduced part-time to on-call)* | NSD Specialist | | Female |
| *Emma Robin Aldrich | IS Sr Trainer | | Female |

| | | | |
|---|---|---|---|
| *Linda Pizana | Payroll Clerk | | Female |
| *Karen Gentz *(position was eliminated –Ms. Gentz retired)* | Accounting Clerk | | Female |
| James Carls | TS I | | Male |
| Chris Luter | Program Coord | | Male |
| Diane Hughes | TS IV | | Female |
| Wanda Skillman | TS II | | Female |
| Louis Seamon | Night Staff | | Male |
| Chandra Flores | TS II | | Female |
| Valerie Margres | Secretary | | Female |
| Michelle Gotts | Night Staff (RPT) | | Female |
| Justin Morris | TS IV (RPT) | | Male |

,10

**Additional budget cuts - other *Central Services Administration co-worker's notified of lay-off in early 2009**

| Co-worker's Name | Job Title | Approx. Height (from mgr/sup) | Sex |
|---|---|---|---|
| *Steven Meyer<br>Last known telephone #: (517)266-0650 | IS Support Tech | Approx. 5'7" | Male |
| *Linda Pizana | HR Specialist | | Female |
| *Kimberly Tiede | Financial Analyst | | Female |
| *Tonja Rajala | Accounting Clerk | | Female |
| *Catherine Schmidt *(hours reduced from 15 to 5 per wk)* | Secretary | | Female |