# Exhibit 11

HolyCross
CHILDREN'S SERVICES

60 Years of Bringing Hope to Families

October 21, 2008

Emma Robin Aldrich
2379 Linden Court
Adrian, MI 49221

Dear Robin:

Due to restructuring within the agency, your position of IS Trainer has been eliminated. As a result you will be laid off effective November 4, 2008. Your last day of work will be today, October 21st and you will be paid through November 4th which is the effective date of your layoff. The attached separation agreement provides pay through November 30, 2008 and health benefits through February 28, 2009. Please feel free to contact Alyson Beck if you have any questions regarding the agreement. Please sign, date, and return the attached separation agreement to Alyson Beck in Human Resources no later than November 13, 2008.

Per our Separation of Employment Policy, Section 5.1, Layoffs (attached) you may elect the option of using any accrued APL time until exhausted. If you elect this option your benefits will be effective until the end of the month that your APL time is exhausted. You are eligible to convert your Paramount health insurance to a group conversion plan. If you are interested in the group conversion plan, please contact Paramount Member Services at (888) 241-5604.

You may be eligible for unemployment. Attached is information regarding unemployment compensation. You may file your unemployment claim through the internet (http://www.michigan.gov/uia) or by telephone (866-500-0017). Please see the attached instructions for filing on-line or by telephone. If you have general questions about unemployment benefits, you may also call the Claimant Customer Relations Hotline number at (800) 638-3995.

You are also eligible to apply for other positions within the agency. Attached please find a current list of the in-house postings. You may also locate current openings on the Holy Cross Children's Services' website (www.hccsnet.org) after your layoff date.

Thank you for your dedicated service to the IS Department and Holy Cross Children's Services. If you have any further questions please contact me or Alyson at (517) 423-7116.

Sincerely,

Kathy Pixley

Kathy Pixley
IS Director

EXHIBIT
PENGAD 800-631-6989
Aldrich 18
6-8-11

cc: Eileen Parker, IS Software Systems Manager
Alyson Beck, Human Resources Director
Personnel File