# Exhibit 12

HolyCross
CHILDREN'S SERVICES

Attached is the letter I wrote to licensing requesting a variance for Robin Aldrich in October 2008 for a Family Worker position.

I received written notice from licensing with a letter dated November 19, 2008 that the request was approved.

Robin was offered hours in November as a Family Worker and on call Treatment Specialist but declined to work due to other commitments and plans. We exchanged phone calls for a few weeks. Robin did not pick up any hours or training. The onus became Robin's to contact us if she was interested in working. She did not contact us for any hours.

Rick Kruse
Division Manager
Holy Cross Children's Services

RK Exb. 28
Date: 6-22-11
Reporter rolf
Acro Legal Support Services

October 6, 2008

Stephen J. Garcia, A.C.S.W.
Child Welfare Licensing Consultant
Bureau of Regulator Services
2121 W Stadium Blvd.
Ann Arbor, MI 48103

Dear Stephen J. Garcia, A.C.S.W.:

Holy Cross Children's Services, Clinton Campus, requests an exemption for Rule 400.4119 Social service worker; qualifications (which requires).

> A social service worker, at the time of appointment to the position, shall possess a bachelor's degree with a major in criminal justice, sociology, psychology, social work, or guidance and counseling.

Robin Aldrich is a Holy Cross Children's Services co-worker currently working in our Information Systems department. She has applied for a Family Worker position. That position serves as a Social service worker.

Ms Aldrich has a Bachelor of Science from Capella University in Information Technology. She will earn her MSW from Eastern Michigan University in the spring of 2009.

Rule 400.4105 states "upon written request of an applicant or licensee, the department may grant an exemption from an administrative rule if there is clear and convincing evidence that the alternative to the rule complies with the intent of the administrative rule from which exemption is sought".

The interpretation/method of rule 400.105 states, "if an individual has a bachelor's degree but not in one of the rule specified degrees areas, the institution may request a variance. The individual's course work may be considered for variance approval if at least 25% of the coursework for a bachelor's degree is comprised of human behavioral services."

The following courses are presented as evidence that Ms. Aldrich has completed more than 25% of her coursework for a bachelor's degree in the human behavioral services:

**Jackson Community College**

| | |
|---|---|
| SSC 1314 Social Issues | 3 |
| SOC 235 Minority Groups in America | 3 |

| | |
|---|---|
| PSY 1404 Intro to Psychology | 4 |
| SOC 236 Women in a Changing Society | 3 |
| HMS 246 Early Childhood Education | 3 |
| HUM 131 Cultural Connections | 3 |
| PSY 252 Developmental Psychology | 3 |
| PSY 256 Educational Psychology | 3 |

= 25 credits in human services from JCC

**Eastern Michigan University**

| | |
|---|---|
| SWRK 502 Services on Social Policy | 3 |
| SWRK 506 Individuals and Families | 2 |
| SWRK 507 Groups, Organizations & Commun | 2 |
| SWRK 521 Policy Analysis & Change | 3 |
| GERT 532 Aging Through Eyes of the Old | 2 |
| SWRK 526 People of Color: NonDefic Persp | 2 |
| SWRK 528 Practice with Women | 2 |
| SWRK 553 Ethnc/Gnd Iss Among Aged | 2 |
| GERT 512 Psychosocial Aspcts Agng | 3 |
| SWRK 510 Generalist Practice I | 3 |
| SWRK 530 Social Work Rsrch Methodology | 3 |
| SWRK 520 Generalist Practice II | 3 |
| SWRK 588 Field Experience I | 4 |
| SWRK 589A Field Experience II | 2 |
| SWRK 589B Field Experience II | 2 |
| SWRK 643 Families in the Social Environ | 3 |
| SWRK 610 Empowerment: Soci Justice & Soci Chng | 2 |

| | |
|---|---|
| SWRK 540 Policies & Issues in Serv to Fam | 3 |
| SWRK 542 Family Centered Practice | 3 |
| SWRK 552 Policy Issues & Older People | 3 |
| GERT 688 Gerontology Practicum | 2 |
| GERT 524 Families and Dementia | 2 |

= 54 credits EMU Master's of Social Work Program

79 total credits in the behavioral health services

Currently enrolled in:

| | |
|---|---|
| PSY 551 Psych of Death & Dying | 2 |
| SWRK 630 Action Research | 3 |
| SWRK 688 Field Experience III | 3 |

Robin will earn her MSW degree in spring 2009.

I believe her course work is evidence that Ms Aldrich complies with the intent of the administrative rule and the level of protection required by the rule remains intact. Therefore, we request an exemption to the rule.

Respectfully,

Rick Kruse, LMSW
Division Manager
Holy Cross Children's Services

rk
cc: George Birkam, Regional Director
Alyson Beck, Human Resources Director