# Exhibit
# 13

# Journal2008

**From:** Rick Kruse
**Sent:** Wednesday, November 19, 2008 6:01 AM
**To:** Robin Aldrich
**Subject:** RE: UPDATE TO ROBIN'S SCHEDULE

Bill Geddes has asked to see you. If you could contact him that needs to be our next step.

Rick

---

**From:** Robin Aldrich
**Sent:** Tuesday, November 18, 2008 9:31 PM
**To:** Rick Kruse
**Subject:** RE: UPDATE TO ROBIN'S SCHEDULE

Hi Rick,
I would be happy to spend evenings making family contacts for home visits. Would Liz be willing to give me a list? I can make calls from home on my cell phone. The same for any information that needs to be entered in CIS or JAIS. If you prefer that I work from campus, I'm happy to come in after class Wednesday or Thursday evenings. I have an obligation on Friday evening until 7:30pm, but could stop in after that. I meet with an SIL client on Saturday, but would have time both Saturday evening and Sunday to make phone calls or enter data. Let me know. Orientation was very interesting and informative...I learned a lot! I tried to catch Ford in the dining hall but didn't see them Monday or today. I heard later that they were up in the dorm. What time would you like me to report on December 1? And where?

*Robin Aldrich*
MSW Intern
Holy Cross Children's Services
Ann Arbor SIL
734-973-6179

**PRIVACY NOTICE:** The information in this e-mail is confidential and may be legally privileged. It is intended solely for the intended recipient (s). Access to this e-mail by anyone other than the recipient(s) is prohibited. If you are not the intended recipient, please note that any disclosure, copying, distribution or any action taken in reliance upon it is prohibited and may be unlawful. If you believe that you have received this e-mail in error, please contact the sender. This message was created with the resources of Holy Cross Children's Services and is subject to Holy Cross Children's Services Policy IS017.

---

EXHIBIT 25
Aldrich
6-8-11
PENGAD 800-631-6989

**From:** Rick Kruse
**Sent:** Sunday, November 16, 2008 5:47 PM
**To:** Robin Aldrich
**Subject:** RE: UPDATE TO ROBIN'S SCHEDULE

It is unfortunate you are not able to work Wednesday, Thursday or Friday this week. Liz has allot of work set aside for you. We want to send kids home for Thanksgiving and Liz was going to have your work with the families and set up the visits.

I'm not for sure if working a split day would work on the 24th.

I guess we'll knock orientation out this Monday and Tuesday, and then we'll see where things are at December 1.

Rick

**From:** Robin Aldrich
**Sent:** Sunday, November 16, 2008 2:56 PM
**To:** Rick Kruse
**Subject:** UPDATE TO ROBIN'S SCHEDULE

Hi Rick,
I am sorry to be alerting you to this so late, but I was reminded of some SIL obligations. I will be available Monday and Tuesday for campus orientation, but have obligations the remainder of the week. I will be taking the week of Thanksgiving to visit relatives, but would be available to work a split shift on Monday 11/24 if that would be helpful. I have an SIL appointment from noon to 1:00pm that day, but I could work 7:00am to 11:15am and then return around 1:30pm or so and work until 5:00pm. I'm not sure you check your email over the weekend so we could talk about this on Monday. Thanks.

*Robin Aldrich*
MSW Intern
Holy Cross Children's Services
Ann Arbor SIL
734-973-6179

**PRIVACY NOTICE:** The information in this e-mail is confidential and may be legally privileged. It is intended solely for the intended recipient(s). Access to this e-mail by anyone other than the recipient(s) is prohibited. If you are not the intended recipient, please note that any disclosure, copying, distribution or any action taken in reliance upon it is prohibited and may be unlawful. If you believe that you have received this e-mail in error, please contact the sender. This message was created with the resources of Holy Cross Children's Services and is subject to Holy Cross Children's Services Policy IS017.