# Exhibit 14

HCCS – November 2008

November 17, 2008
Drug testing at Worksphere in Tecumseh, Michigan – AM. Delayed.

Attended TS training from 10:00am to approximately 5:00pm. Sandy Scheffler conducted medical related training and administered my flu shot. Ate lunch with one of the groups.

November 18, 2008
TS Training – full day. Ate lunch with Carrie Stewart's group.

November 19, 2008
TS Training – full day -- left at 4:15pm to attend class at EMU.

At the lunch break, Loren Brown entered the next conference room. I watched him walk by and move to the back of the conference room. He did not look in the conference room I was in and did not notice me there.

John Lemmer arrived in the parking lot a short time later. I was sitting in front of the large window facing the parking lot. My vehicle was parked in the nearest handicap parking space. John Lemmer got out of his car, carrying his coat and a briefcase. He paused behind my car for approximately 20 seconds, shook his head back and forth several times, and entered the building. He didn't notice me in the conference room. I saw him cross the conference room to speak to Loren. Neither man knew I was in the side conference room. John and Loren engaged in a discussion about me because I heard my name – Robin Aldrich. I could not hear everything said.

A co-worker came in asking for Venus Lombrana, the Division Manager facilitating the training. I offered to call her on the kitchen extension and did so. Upon my return to the conference room, Loren stopped me (he was eating his lunch) and asked what was going on in that room. I replied that it was Treatment Specialist training for new campus co-workers. He inquired why I was in there. I told him I had accepted a position on campus as a treatment specialist and suggested he may want to speak to the new co-workers. He did so, explaining that he had just come from Detroit speaking to a judge about the wonderful work HCCS performs with clients, how it is very difficult work, the challenges we face, and how difficult his job is, but it is all worth it. He was very good about making sure he made good eye contact with everyone present…except for me.

Just prior to the afternoon session beginning, Venus Lombrana whispered in my ear that Bill Geddes needed to see me before I left. Bill is the regional director for Clinton/Monroe regions. Bill was not available when I left, so I called him on my way to EMU. He was still not available so I left a voice mail asking him to return my call.

November 20, 2008
Since I had completed TCI training during my internship the previous summer, I was not required to attend training today. Bill never had not returned my call before I left for class at EMU so I left him another voice mail.

PENGAD 800-631-6989
EXHIBIT
Aldrich 3
1-19-11

I did finally hear back from Bill Geddes. He informed me, "I can't use you." I asked him why. He stated again, "I simply can't use you." I informed him that I did not understand. First Rick Kruse is trying to get me on board with a family worker position but in the meantime, I am ready and available to work as a TS until Steve Garcia grants an exception for the FW position. Bill mentions there is no family worker position, as they will be restructuring. I inquire about the TS position. I have completed the training. He repeats that he cannot use me. I told him I'd take any job. I just need a job. He acquiesces and says he can put me on the on-call list. I agreed that was a great idea and told him how much I appreciated his efforts on my behalf.

March 2009
Robin Johnson, from the payroll department, informs me that I have been removed from employee status. According to a copy of the Clinton campus on-call list, my name was never on to be contacted for a shift.

Emailed Rick Kruse asking if an exception was ever received from the state for me to assume a family worker position. His response is that he did receive an exception from Steve Garcia back in November of 2008.