# Exhibit 15

**Boysville**
WHERE FAMILIES BEGIN AGAIN.

EXHIBIT Aldrich 6 1-19-11
PENGAD 800-631-6989

*INSTRUCTIONS: PLEASE FURNISH COMPLETE AND ACCURATE INFORMATION. APPLICATIONS WILL BE VERIFIED. INCOMPLETE APPLICATIONS WILL NOT BE CONSIDERED. IN ADDITION TO COMPLETING THIS FORM, YOU MAY ATTACH A RESUME DETAILING YOUR PROFESSIONAL, EDUCATIONAL, AND SOCIAL ACTIVITIES.*

# APPLICATION FOR EMPLOYMENT

AN EQUAL OPPORTUNITY EMPLOYER

DATE AVAILABLE TO BEGIN WORK :

## PERSONAL INFORMATION

Last Name (Print): Wells First Name: Robin Middle Initial: E. Social Security Number: 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

Present Address No. and Street: 9755 Gates Road City: Clarklake, State: MI Zip: 49234-9606 Phone #: (517) 529-4757 Are you authorized to work in this country? ☒Yes ☐No

Have you ever worked for Boysville? ☒No ☐Yes

To verify work & school records please print any other name you have used in the past: Last: Pietroytys First: Robin Middle Initial: E.

Served in U.S. Armed Forces? ☒No ☐Yes Branch ? ____

How long have you lived at the present address? 6+ years
How long did you live at the previous address? 7+ years
Previous Address? 257 Hall Ave - Mich Ctr., MI

Have you ever been bonded? ☒No ☐Yes If yes, on what jobs? ____ Check if under 18 years of age. ☐

Have you ever been convicted by a civilian or military court for violating any law (include all instances except for minor traffic offenses)? ☒No ☐Yes
If yes, Date of Offense ____ Kind of Offense ____ Disposition ____ City ____ State ____
Are there any felony charges currently pending against you? ☒No ☐Yes If so, please explain on a separate sheet of paper.

## EDUCATION, SPECIAL INTERESTS, QUALIFICATIONS

| Education | Total Credit Years | School Name | City | State | Major | Minor | Certificate/Diploma/Degree | # of Hrs. Completed | Did You Graduate? |
|---|---|---|---|---|---|---|---|---|---|
| Grade-High School (Show last attended) | 4 years | Parkside High School | Jackson, | MI | Business office | Music English | GED | All | 1978 |
| Business/Trade School | 1+ years | Jackson Business Univ. | Jackson, | MI | Executive Secretary | Legal Secretary | No | 3+ terms | No |
| College(s) ~~Post Graduate~~ Education | Complete Attending | 1. Jackson Comm. College - 2. JCC 3. | Jackson, / Jackson, | MI / MI | Word Processing Human Services | | Certificate Attending | 18 hours ? 30+ hours | Yes Attending |

## POSITION DESIRED

List positions qualified for: 1. Word Processing Specialist 2. ANY!! 3. 4.

Can you work any shift? ☒Yes ☐No

Location Interested In:
X Clinton
__ Monroe Region
__ Detroit Region
__ North Region
__ Toledo, OH
X Any Location
would consider any region/location

Expected Rate/Salary: Negotiable

List other Licenses, Certifications, Training, Qualifications and Skills such as draftsman, apprenticeship, languages, typing, etc.:
Above Word processing certificate, college classes, experience.
Have any of the above Licenses or Certifications been revoked? ☒No ☐Yes If yes, please explain.

## Employment Information

*Please check if you do NOT want us to contact your current employer before a job offer is made. ☑

*Additional Instructions: List employment starting with your most recent employer. Account for all periods, including military service. If the space provided does not cover at least 7 years, attach additional sheet.*

| From / To | Firm Name, Street Address, City, State, Zip | Name of Supervisor | Phone |
|---|---|---|---|
| From 12/4/95 To Current | Edward Jones - P.O. Box 4183 - Jackson 49204 | J. Twohig | (517) 787-5742 |
| Job Title and Duties: Branch office Administrator securities - investments - Complete all duties required to run office/typing - bank - errands | | Base Earnings: $7.40/hour | Reason for Leaving: Broken promises and salary/benefits |
| From 11/14/94 To 12/5/96 | Nat'l Fire Safety Council - Mich Ctr, MI 49254, PO Box 378 | T. Shelly | (517) 764-2811 |
| Job Title and Duties: Data Entry Clerk Data entry on AS400 system/payroll/monthly-yearly reports | | Base Earnings: $7.75/hr | Reason for Leaving: Company ethics |
| From 10/1/86 To current | M&R Services - 9755 Gates - Clarklake, MI | R. Wells | (517) 529-4757 |
| Job Title and Duties: Owner/Operator Ordering - Advertising - Estimates - Invoicing - Payroll - service - | | Base Earnings: Varies | Reason for Leaving: require benefits |
| From 7/16/79 To 10/1/86 | Jacobsons - 3333 Sargent Road - Jackson 49201 | Ken Baxter - 2yrs Pam Schauffler - 5yrs | (517) 764-6400 |
| Job Title and Duties: Human Resource Dev. & Training Assistant Word Processing/writing of company's system manuals, video production, general secretarial duties | | Base Earnings: $7.75/hr 1986 | Reason for Leaving: Family |

## Personal References (not former employers or relatives)

| Name | Occupation | Address, City, State, Zip | Phone No. |
|---|---|---|---|
| 1. Susan Fix | Newsletter Editor/Artist | 1048 Tompkins Dr. - Cement City 49233 | (517) 547-3990 |
| 2. Marianne Benson | Postal Worker/School Board Member | 403 Woodstock - Cement City 49233 | (517) 592-8013 |
| 3. Willow Jeffries | Teacher - Miller Elemen. | 130 E. Jackson Cement City, MI. 49233 | (517) 592-2157 |

**Read Carefully Before Signing:**

1. I have read and do understand the statements contained herein and certify that they are true and complete without qualification.
2. Boysville has the right to terminate my employment at any time if it discovers that I have provided incomplete untrue or misleading answers in this application or any other document or format any time during my employment.
3. I hereby authorize that previous employers or other personal references contacted by Boysville in connection with this application fully respond to all inquiries concerning such previous employment and specifically waive prior written notice of disclosure of my personnel record information including disciplinary reports, letters of reprimand or other disciplinary action. I also authorize educational institutions to release information relative to claimed degrees and achievements. In consideration of the acceptance of my application, I release Boysville or previous employers and educational institutions of any claimed liability arising out of such response and disclosure.
4. I understand that employment is conditioned upon the results of a physical examination by a physician selected by Boysville of Michigan conducted after an offer of employment is made or the results of a drug test conducted in accordance with Boysville's policy.
5. In the event that I am employed by Boysville, I agree to comply with all its orders, rules and regulations and acknowledge that said orders, rules and regulations do not constitute terms of employment contrary to paragraph #6.
6. I hereby acknowledge that this application is for an employment of indefinite duration and understand that either I or Boysville can terminate my employment and compensation, with or without cause, and with or without notice, at any time.
7. I understand that no one other than the Executive Director of Boysville of Michigan has authority to make any agreement (oral, written or implied) or other representations contrary to paragraph #6.
8. I agree that any claim or lawsuit relating to my service with Boysville of Michigan must be filed no more than six (6) months after the date of the employment action that is the subject of the claim or lawsuit. I waive any statute of limitations to the contrary. NOTE: A photocopy of this statement shall be as valid as the original.

**Applicant's Signature:** Robin E. Wells

**Date:** December 30, 1996