# Exhibit 16

# HOLY CROSS CHILDREN'S SERVICES
## CO-WORKER STATEMENT

I, Emma Robin Aldrich, a co-worker of Holy Cross Children's Services hereafter referred to as HCCS or the Agency, state that I have received a copy of the Agency's Co-Worker Handbook which is effective November 1, 2005. I acknowledge that it is my responsibility to read the handbook and to ask the Human Resources Director for an explanation of any provisions which I do not understand, or about which I have any questions, as this Handbook applies to all co-workers, regardless of date of hire, and supercedes any previously issued handbooks or policies, oral or written, contrary to or inconsistent with the provisions in this Handbook. I also acknowledge that the provisions of this handbook may be changed from time to time.

I understand that this handbook is not, and is not intended to be, an employment contract.

I further understand that HCCS is an at-will employer and that my employment with HCCS is not for any specified duration. The co-worker can terminate employment with HCCS at any time, for or without cause, after giving appropriate notice. Similarly, HCCS can terminate employment with the co-worker at any time, for or without cause.

I agree that any claim or lawsuit relating to my service with Holy Cross Children's Services must be filed no more than six (6) months after the date of the employment action that is the subject of the claim or lawsuit. I waive any statute of limitations to the contrary.

Finally, I understand no supervisor, manager or other representative of HCCS, other than the President of HCCS, and then only in writing signed by him, has the authority to enter into any agreement for employment for any specified period of time or to make any agreement contrary to the foregoing or to any of the provisions contained in this handbook.

---

## ACKNOWLEDGEMENT AND RECEIPT OF CO-WORKER HANDBOOK

By affixing my signature below, I acknowledge that I have read and understand the above listed statement. In addition, I acknowledge my responsibility for one (1) copy of Holy Cross Children's Services Co-Worker Handbook, which I agree to read and to maintain as further revisions are provided by the Agency.

9-20-2005
Date

EMMA ROBIN ALDRICH
Co-Worker Name – Please Print

E R Aldrich
Signature of Co-Worker

EXHIBIT 2
PENGAD 800-631-6989
Aldrich
1-19-11

**(Please sign, date, remove & return to your supervisor)**

**NOTE: A photocopy of this statement shall be as valid as the original.**