# Exhibit 18

**Kathy Pixley**

---

**From:** Robin Aldrich
**Sent:** Wednesday, September 24, 2008 2:37 PM
**To:** Kathy Pixley
**Subject:** RE: Request

John is welcome to ask his question directly to me.

*Robin Aldrich*
Systems Analyst/IS Senior Trainer
Holy Cross Children's Services
8759 Clinton-Macon Road
Clinton, MI 49236
Telephone: 517-423-7412
Fax: 517-423-5442
Website: www.hcccsnet.org

PRIVACY NOTICE: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the intended recipient (s). Access to this e-mail by anyone other than the recipient(s) is prohibited. If you are not the intended recipient, please note that any disclosure, copying, distribution or any action taken in reliance upon it is prohibited and may be unlawful. If you believe that you have received this e-mail in error, please contact the sender. This message was created with the resources of Holy Cross Children's Services and is subject to Holy Cross Children's Services Policy IS017.

---

**From:** Kathy Pixley
**Sent:** Wednesday, September 24, 2008 2:00 PM
**To:** Robin Aldrich
**Cc:** Eileen Parker
**Subject:** Request

I have been asked to find out why you were leaving with Marcus in a Holy Cross van a bit ago. Would you mind giving me a short explanation? Thanks.

**Kathy A. Pixley**
**I.S. Director**
**Holy Cross Children's Services**
**8759 Clinton-Macon Rd.**
**Clinton, MI 49236**
**(517) 423-7444**
kpixley@hccsnet.org

PRIVACY NOTICE:The information in this email is confidential and may be legally privileged. It is intended solely for the intended recipient(s). Access to this email message by anyone other than the recipient(s) is prohibited. If you are not the intended recipient, please note that any disclosure, copying, distribution or any action taken in reliance upon it is prohibited and may be unlawful. If you believe that you have received this email in error, please contact the sender. This message was created with the resources of Holy Cross Children's Services and is subject to Holy Cross Children's Services Policy IS017.

EXHIBIT 13
Aldrich
1-19-11
PENGAD 800-631-6989