# Exhibit 19

| CHARGE OF DISCRIMINATION<br>*This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.* | *COMPLAINT/CHARGE NUMBER*<br>MDCR # 399684<br>EEOC # 23A-2009-01095C |
|---|---|
| MICHIGAN DEPARTMENT OF CIVIL RIGHTS and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION | |
| NAME (Indicate Mr., Ms., Mrs.)<br>Ms. Robin Aldrich | HOME TELEPHONE NO. (Include Area Code)<br>(517) 260-1703 |
| STREET ADDRESS, CITY, STATE AND ZIPCODE<br>2379 Linden Ct., Adrian, MI 49221 | |

*Named is the employer, labor organization, employment agency, apprenticeship committee, state or local government agency who discriminated against me.*

| NAME | # EMP/MEMBERS | TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Holy Cross Children Services | 100 | (877) 424-6825 |
| STREET ADDRESS, CITY, STATE AND ZIPCODE<br>8759 Clinton-Macon Road, Clinton, MI 49236 | | |

| CAUSE OF DISCRIMINATION BASED ON | DATE OF MOST RECENT OR CONTINUING DISCRIMINATION |
|---|---|
| Disability, Height, Retaliation, Sex, Weight | November 4, 2008 |

I am a woman who is 5'7' and 350 pounds who has a medical condition who complained about civil rights violation and I allege that I was laid off on November 4, 2008, because of my sex, height, weight, perceived disability, and in retaliation for engaging in protected activity.

I began working for Respondent on January 13, 1997, and worked as an IS Senior Trainer at Respondent's Clinton Township, Michigan location.

Layoff/recall 11/04/2008 Sex, Height, Weight, Disability, Retaliation

After returning from medical leave I complained to management that I believed that I was being singled out because of my sex, height, weight, and a perceived disability. On November 4, 2008, Respondent laid me off allegedly for financial reasons. I am the only person who was laid off at the time. I believe that I was laid off because of my sex, height, weight, sex, perceived disability, and in retaliation for my complaints of civil rights violations.

This complaint is based on the following law:

Americans with Disabilities Act of 1990, as amended

Elliott-Larsen Civil Rights Act No 453, Public Act of 1976, as amended

Michigan Persons with Disabilities Act No. 220, Public Acts of 1976, as amended

Title VII, US Civil Rights Act of 1964, as amended

EXHIBIT Aldrich 10 1-19-11
PENGAD 800-631-6989

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

4-22-2009 Robin Aldrich

Date Signature of Charging Party / Claimant

*NOTARY-When necessary to meet State and Local Requirements*

Julie Mark...

SUBSCRIBED AND SWORN BEFORE ME THIS DATE (Day, month and year)

22nd April, 2009

*Commissioned in* Ingham *County*

*Acting in* Ingham *County*

*Commission expires* 6/14/2014

JULIE MARKHAM NOTARY PUBLIC STATE OF MICHIGAN COUNTY OF INGHAM My Commission Expires June 14, 2014

 PREVIOUS VERSIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED