# Exhibit
# 20

# HOLY CROSS CHILDREN'S SERVICES

## RECORD OF NON-PUNITIVE DISCIPLINARY PROCESS

### Oral Reminder

Please print or type.

| First | Robin | MI | Last Name | Aldrich | Clock No. | 100273 | Location | Cracchiolo |
|---|---|---|---|---|---|---|---|---|

1. State the standard(s) involved and identify the discrepancy between the co-worker's behavior and the standard--be specific: where, when, how and under what circumstances did this occur.

   Information regarding budget concerns was addressed confidentially with Robin Aldrich during a recent conversation with her supervisor and director. Subsequently it was reported by regional staff that Robin, while conducting IS trainings at various HCCS sites, informed co-workers of potential budget cuts and lay-offs in Central Services. This caused speculation and rumors about other potential cuts and layoffs across the agency. During these conversations, she also shared details of a recent incident between herself and another Central Services co-worker. This behavior jeopardized the well-being of agency co-workers by creating an atmosphere of uncertainty and fear. (Standards of Conduct 4.2).

2. Please review why the standard must be observed.

   HCCS has developed standards which are designed to promote orderly and efficient operations. As a Central Services' co-worker, it is important that Robin understands the confidentiality of information she is privileged to as a member of Central Services.

3. Discuss and then please state the co-worker's agreement to a corrective action plan to solve this problem.

4. Explain that since this is the first step of discipline, this record will not be placed in the co-worker's personnel file unless the problem arises again (normally within 365 days).

I have discussed the above issue with my supervisor. I understand this standard and I agree to the above stated corrective action plan.

Co-Worker's Signature: ______________________ Date: __________

I have met with the above named co-workers in private and pointed out that he/she has a personal responsibility to meet the above outlined standard and he/she agrees to the above stated corrective action plan to solve this problem.

Supervisor's Signature: ______________________ Date: __________

(Distribution: Original to supervisor's file, a copy to co-worker)

PLAINTIFF'S EXHIBIT 26

# HOLY CROSS CHILDREN'S SERVICES
# RECORD OF NON-PUNITIVE DISCIPLINARY PROCESS

## Oral Reminder

Please print or type.

| | |
|---|---|
| First Robin MI Last Name Aldrich | Clock No. 100273 Location Cracchiolo |

1. State the standard(s) involved and identify the discrepancy between the co-worker's behavior and the standard--be specific: where, when, how and under what circumstances did this occur.

   Information regarding budget concerns was addressed confidentially with Robin Aldrich during a recent conversation with her supervisor and director. Subsequently it was reported by regional staff that Robin, while conducting IS trainings at various HCCS sites, informed co-workers of potential budget cuts and lay-offs in Central Services. This caused speculation and rumors about other potential cuts and layoffs across the agency. During these conversations, she also shared details of a recent incident between herself and another Central Services co-worker. This behavior jeopardized the well-being of agency co-workers by creating an atmosphere of uncertainty and fear. (Standards of Conduct 4.2).

2. Please review why the standard must be observed.

   HCCS has developed standards which are designed to promote orderly and efficient operations. As a Central Services' co-worker, it is important that Robin understands the confidentiality of information she is privileged to as a member of Central Services.

3. Discuss and then please state the co-worker's agreement to a corrective action plan to solve this problem.

   The co-worker resolves to maintain the confidentiality of Central Services operations in the future.

4. Explain that since this is the first step of discipline, this record will not be placed in the co-worker's personnel file unless the problem arises again (normally within 365 days).

I have discussed the above issue with my supervisor. I understand this standard and I agree to the above stated corrective action plan.

Co-worker's Signature: [illegible] Date: [illegible]

I have met with the above named co-workers in private and pointed out that he/she has a personal responsibility to meet the above outlined standard and he/she agrees to the above stated corrective action plan to solve this problem.

Supervisor's Signature: [illegible] Date: [illegible]

(Distribution: Original to supervisor's file, a copy to co-worker)



Aldrich
00350

This was e-mail that sparked issues

**Alyson Beck**

---

**From:** Sharon Berkobien
**Sent:** Monday, October 06, 2008 7:05 PM
**To:** Alyson Beck
**Cc:** Loren Brown
**Subject:** rumors

We've got rumors flying up here of lay offs for the end of October in central services. Morale is already taking a nose dive lately and this doesn't help much. Is there truth to it? Co-workers from central services told co-workers up here last week and the news/speculation is circulating pretty fast. It's hard to manage stuff like that if the Director's haven't been told about it.

Please advise,
Sharon

*Sharon Berkobien, LMSW*

HolyCross
*60 years of bringing hope to families*
Sharon R Berkobien
Regional Director
989- 274-1026

During subsequent conversation w/ Sharon B on 10/7 - she mentioned that this infor was shared w/ secretarial staff & blew up from there. ~~[illegible] mentioned that~~ I informed her that I was pretty sure this info. was coming from Robin A. Sharon confirmed it was Robin & even shared that she had told co-wkrs about a recent incident w/ John L. where he talked to her about riding in agency van w/ her son.