# Exhibit
# 22

## Journal2008

**From:** Rick Kruse
**Sent:** Tuesday, September 30, 2008 8:52 AM
**To:** Robin Aldrich
**Subject:** RE: FORD FAMILY WORKER



---

**From:** Robin Aldrich
**Sent:** Tuesday, September 30, 2008 8:51 AM
**To:** Rick Kruse
**Subject:** RE: FORD FAMILY WORKER

I'll copy my BSIT transcripts and also print an "unofficial" copy of what I've accomplished so far in the MSW. I'll send them over interoffice mail. Thanks so much for going above and beyond to consider me, Rick...it means a great deal to me.

*Robin Aldrich*
IS Senior Trainer
Holy Cross Children's Services
8759 Clinton-Macon Road
Clinton, MI 49236
Telephone: 517-423-7412
Fax: 517-423-5442
Website: www.hcccsnet.org

**PRIVACY NOTICE:** The information in this e-mail is confidential and may be legally privileged. It is intended solely for the intended recipient (s). Access to this e-mail by anyone other than the recipient(s) is prohibited. If you are not the intended recipient, please note that any disclosure, copying, distribution or any action taken in reliance upon it is prohibited and may be unlawful. If you believe that you have received this e-mail in error, please contact the sender. This message was created with the resources of Holy Cross Children's Services and is subject to Holy Cross Children's Services Policy IS017.

---

**From:** Rick Kruse
**Sent:** Tuesday, September 30, 2008 8:49 AM
**To:** Robin Aldrich
**Subject:** RE: FORD FAMILY WORKER

We could give it a shot Robin.

Licensing needs to give us a variance.

Can you get me your transcripts?

Rick

---

**From:** Robin Aldrich
**Sent:** Tuesday, September 30, 2008 8:27 AM
**To:** Rick Kruse
**Subject:** RE: FORD FAMILY WORKER

Please keep this under your hat, but I was called in by Kathy Pixley and Eileen Parker late yesterday and informed that my position has been targeted for layoff. If Loren makes the decision to lay off Central Services staff then I will definitely lose my job. I may need something quick. Dare we ask for an exception under these circumstances?

*Robin Aldrich*
IS Senior Trainer
Holy Cross Children's Services
8759 Clinton-Macon Road
Clinton, MI 49236
Telephone: 517-423-7412
Fax: 517-423-5442
Website: www.hcccsnet.org

PRIVACY NOTICE: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the intended recipient(s). Access to this e-mail by anyone other than the recipient(s) is prohibited. If you are not the intended recipient, please note that any disclosure, copying, distribution or any action taken in reliance upon it is prohibited and may be unlawful. If you believe that you have received this e-mail in error, please contact the sender. This message was created with the resources of Holy Cross Children's Services and is subject to Holy Cross Children's Services Policy IS017.

---

**From:** Rick Kruse
**Sent:** Monday, September 29, 2008 4:38 PM
**To:** Robin Aldrich
**Subject:** RE: FORD FAMILY WORKER

Variances and exceptions will not be required then.

I think if a position is open when you are 4-6 weeks away from Graduation that would be different.

6 months away is just long enough that I'm not sure licensing or HR would approve it.

Rick

---

**From:** Robin Aldrich
**Sent:** Monday, September 29, 2008 9:22 AM
**To:** Rick Kruse
**Subject:** RE: FORD FAMILY WORKER

Better to wait until I have the degree?

*Robin Aldrich*
IS Senior Trainer
Holy Cross Children's Services
8759 Clinton-Macon Road
Clinton, MI 49236
Telephone: 517-423-7412
Fax: 517-423-5442
Website: www.hcccsnet.org

PRIVACY NOTICE: The information in this e-mail is confidential and may be legally privileged. It is intended solely for the intended recipient(s). Access to this e-mail by anyone other than the recipient(s) is prohibited. If you are not the intended recipient, please note that any disclosure, copying, distribution or any action taken in reliance upon it is prohibited and may be unlawful. If you believe that you have received this e-mail in error, please contact the sender. This message was created with the resources of Holy Cross Children's Services and is subject to Holy Cross Children's Services Policy IS017.

---

**From:** Rick Kruse
**Sent:** Monday, September 29, 2008 9:05 AM
**To:** Robin Aldrich
**Subject:** RE: FORD FAMILY WORKER

I would need both the State and HR to approve this.

Six months of schooling short. I'm not sure if they would approve it. 50-50.

Rick

---

**From:** Robin Aldrich
**Sent:** Monday, September 29, 2008 9:02 AM
**To:** Rick Kruse
**Subject:** FORD FAMILY WORKER

Greetings Rick,
I will be graduating in April 2009 with my MSW in Children and Families/Gerontology. Would you be able to consider me for this position now? Thanks.

*Robin Aldrich*
IS Senior Trainer
Holy Cross Children's Services
8759 Clinton-Macon Road
Clinton, MI 49236
Telephone: 517-423-7412
Fax: 517-423-5442
Website: www.hcccsnet.org

**PRIVACY NOTICE:** The information in this e-mail is confidential and may be legally privileged. It is intended solely for the intended recipient(s). Access to this e-mail by anyone other than the recipient(s) is prohibited. If you are not the intended recipient, please note that any disclosure, copying, distribution or any action taken in reliance upon it is prohibited and may be unlawful. If you believe that you have received this e-mail in error, please contact the sender. This message was created with the resources of Holy Cross Children's Services and is subject to Holy Cross Children's Services Policy IS017.