# Exhibit 23

HolyCross CHILDREN'S SERVICES

# Employees by Region

## SOUTH

**LOCATION: CLINTON**

| Name | Hire Date | Job Title | Type | Supervisor |
|---|---|---|---|---|
| Simons, Donald L | 9/3/1997 | Assisting Teacher | TOC | Chludzinski, James M |
| Mobley, Alicia | 10/18/2008 | Night Staff | TOC | Creger, Andrew D |
| Nightingale, Michael P | 5/7/2008 | Night Staff | TOC | Creger, Andrew D |
| Reed, Jameson A | 8/13/2008 | Night Staff | TOC | Creger, Andrew D |
| Satarino, John M | 3/15/2008 | Night Staff | TOC | Creger, Andrew D |
| Silkworth, Thomas J | 3/10/2008 | Night Staff | TOC | Creger, Andrew D |
| Tanis, Craig A | 10/29/2008 | Night Staff | TOC | Creger, Andrew D |
| Williams, Joshua R | 8/9/2008 | Night Staff | TOC | Creger, Andrew D |
| Mobley, Marcy K | 9/29/2002 | Treatm Sp I | TOC | Merillat, Caroline M |
| Winston, Jr., Charlie J | 5/21/2008 | Treatm Sp I | TOC | Kruse, Richard |
| Aldrich, Emma R | 1/13/1997 | Treatm Sp II | TOC | Merillat, Caroline M |
| DeSanto, Salvatori | 3/16/2003 | Treatm Sp II | TOC | Merillat, Caroline M |
| Findlay, Karen J | 5/22/2006 | Treatm Sp II | TOC | Merillat, Caroline M |
| McKay, Jamieson J | 5/19/2008 | Treatm Sp II | TOC | Merillat, Caroline M |
| Oguejiofor, Alex C | 7/14/2008 | Treatm Sp II | TOC | Merillat, Caroline M |
| Phillips, Lakeisha T | 4/7/2008 | Treatm Sp II | TOC | Merillat, Caroline M |
| Romano, Nikki M | 5/19/2008 | Treatm Sp II | TOC | Merillat, Caroline M |
| Scheich, Melanie R | 12/1/2002 | Treatm Sp II | TOC | Merillat, Caroline M |
| St. John, Katharine N | 7/14/2008 | Treatm Sp II | TOC | Kovalik, David M |
| Wallace, Tavarski M | 5/15/2008 | Treatm Sp II | TOC | Merillat, Caroline M |
| Watkins, Jillian L | 12/15/2008 | Treatm Sp II | TOC | Merillat, Caroline M |
| Weed, Thomas J | 8/6/2007 | Treatm Sp II | TOC | Kruse, Richard |
| Zemens, Daniel J | 4/1/2008 | Treatm Sp II | TOC | Merillat, Caroline M |
| Calvin, Anita A | 7/14/2008 | Treatm Sp IV | TOC | Merillat, Caroline M |
| Mefford, Evan L | 5/19/2008 | Treatm Sp IV | TOC | Merillat, Caroline M |

PENGAD 800-631-6989 EXHIBIT 19 Aldrich 6-8-11

**Total:** 25

| Coworker Name | Date of Hire/Change/ or Termination | Position To | Position From | Team or Location To | Team or Location From | Status (FT/PT/TOC) *If PT note hrs. | Req. # | Notified for Mailbox-Minutes |
|---|---|---|---|---|---|---|---|---|
| Aldrich, Robin | 11-17-08 | TS II | TS Trainer | Camp | Core | TOC | 45265 | |
| Sherrod, Christine | 12-?-08 | Resign | TS | — | PAU | — | — | |
| St. John, Katie | 12-3-08 | TS | TS | Camp | FOR | TOC | 45265 | |
| Kirkland, T | | TS | TS | BAS | PAU | FT | — | |
| Schesch, D | | TSC | TS | SOT | School | FT | — | |
| Faz, M | | TSC | TS | SOT | Det | FT | — | |
| Connors, M. | | TSC | TS | SLP | Det | FT | — | |
| Durand, C. | | TSC | TS | SLP | BAS | FT | — | |
| Jackson, K. | | TC | TS | Camp | Det | FT | — | |
| Gottschalk, G | | TS | TS | PAU | Det | FT | — | |
| Wilson, R | | TS | TS | FOR | Det | FT | — | |
| Burns, L. | | FW | PC | BAS. | HER | FT | — | |
| Lombrana, V | 12-13-08 | FW | DM | FOR | SLP | FT | — | |
| ~~Mobley, M.~~ | | ~~TC~~ | ~~FW~~ | ~~Camp~~ | ~~BAS~~ | ~~FT~~ | ~~—~~ | |
| Boykin, G | | TS | TS | PAU | School | FT | — | |
| Watkins, Jill | 12-12-08 | TS | — | Camp | — | TOC | 45265 | |
| Goodman, Gennell | 12-11-08 | Laundry | Laundry | Camp | Monroe | FT | 45944 | |
| Rozelle, Karen | 12-?-08 | Term | TS | — | OMM | — | — | |
| Stone, Mike | 12-18-08 | Resign | TS | — | FOR | — | — | |
| Jones, Weyman | 12-13-08 | TS II | TS II | FOR | Moreau | FT | Interim | |
| Gilkison, James | 12-13-08 | NS | NS | Camp | Camp | 27.5 | — | |
| Mable, Tyrone | 12-13-08 | NS | NS | Camp | Camp | 30.625 | — | |
| Zemens, Dan | 12-21-08 | TS | TS | Camp | HEA | TOC | 45265 | |
| Jones, Weyman | 12-13-08 | TS II | TS II | Camp | Mor | ~~FT~~ | — | |
| Dunham, Karen | 1-12-09 | Term | PC | — | SOR | — | — | |
| Wolfe, Jason | 1-22-09 | PC | PC | SOR | OMM | FT | 45776 | |
| Shanburn, Eric | 1-9-09 | FW | FW | SOR | OMM | FT Int. | — | |
| Rogers, Krista | 1-21-09 | TS II | TS II | HEA | OMM | FT | 45952 | ✓ |
| Bohm, John | 1-26-09 | Lay-off | TS II | — | OMM | — | — | ✓ |
| English, Vicki | 1-26-09 | Lay-off | TS II | — | OMM | — | — | ✓ |
| Dejeu, Lucas | 1-31-09 | Resign | NS | — | Camp | — | — | → |
| Merillat, Caroline | 2-9-09 | PC | TC | OME | Camp | FT | 45988 | ✓ |
| Clarke, Barclay | 2-3-09 | Resign | TS | — | FOR | — | — | ✓ |
| Aldrich, Emma | 2-9-09 | Term | TS | — | Camp | — | — | — |
| Findlay, Karen | " | " | " | " | " | " | " | — |
| St. John, Katie | " | " | " | " | " | " | " | — |
| Wallace, Taz | " | " | " | " | " | " | " | — |
| Zemens, Dan | " | " | " | " | " | " | " | — |
| Calvin, Anita | " | " | " | " | " | " | " | — |

# BOYSVILLE CAMPUS - TREATMENT STAFF

12/05/08

| DIV MGR | TSC's | GROUP | | PC | TS I | Team TS's II's & IV's | SE Teacher (TEC) | FW's | Chaplains | Campus & School TS's |
|---|---|---|---|---|---|---|---|---|---|---|
| David Kovalik | Monica Faz<br>Doug Scheich | SOT | HERRICK CARE | | Ext. 6366 | | Beth Connor | | Chaplain Jon Schoonmaker | **SCHOOL TS's**<br>Roxanne Anstett<br><br>**Med Admin Team**<br>Kelly Clute<br>Trevor Long<br><br>**TOC TS's**<br>Robin Aldrich<br>Anita Calvin<br>Sal DeSanto<br>Karen Findlay<br>Cathy Gross<br>Carrie Grulke<br>Jon Kleinow<br>Jamieson McKay<br>Evan Mefford<br>Jayma Mitchell<br>Marcy Mobley<br>Amber Ogden<br>Alex Oguejiofor<br>LeShea Parks<br>Lakeisha Phillips<br>Nikki Romano<br>Jessica Sayen<br>Taz Wallace<br>Mike Weeber<br>Tom Weed<br>Lisa Wollett<br>Jim Watkins<br>Dan Zemens<br>~~[illegible]~~<br>~~[illegible]~~ |
| | | | PAULUS | Tim Lankerd | Lee Gall<br>Ext. 6367 | Geraldine Boykin<br>Mike Corley<br>Gene Gottschalk | Margaret Schuette | Jim Risinger | Chaplain Laurel Smith | |
| | | | O'MEARA | Mike Pascarella | Stacy Stetten<br>Ext. 6376 | Mark Belote<br>Caroline Kosino<br>Dan Valdez | Tim Fullerton | Nancy Webster | Chaplain Jon Schoonmaker | |
| | | SLP-SOT | OMMUNDSON | Jason Wolfe | Vicki English<br>Ext. 6488 | John Bohm<br>Krista Rogers<br>~~Karen Rozelle~~ | Tim Johnson | Eric Shanburn | | |
| | | SLP | BASIL | Carrie Stewart | Tim Kirkland<br>Ext. 6339 | Ananda Alberda<br>Gabe Garcia<br>Ryan Tester | Melissa Cunningham | Laura Burns | Chaplain Jon Schoonmaker | |
| Rick Kruse | Mike Connors<br>Char Durand | SLP | SORIN | Karen Dunham | Angie Butler<br>Ext. 6440 | Lori McKay<br>Demarquis Reeder<br>Jessica Reeder | Maureen Killian | Lisa Eack | Chaplain Laurel Smith | |
| | | | HEALY | Jamie Lombard | Al Smith<br>Ext. 6438 | Christopher Aebersold<br>Paneka Page<br>~~Dan Zemens~~ | Ellen Waradzin | Pam Walls | | |
| | | GEN TX | CARLISLE | Daniela Dickerson | Wanda Lowe<br>Ext. 6200 | Jim Abercrombie<br>Mike Campbell<br>Laura Whitworth | Tiffany Ray-Belote | Denotra Morris | Chaplain Jon Schoonmaker | |
| | | | FORD | Liz Soto | Robert Roston<br>Ext. 6437 | Barclay Clarke<br>~~Mike Stone~~ Weyman Jones<br>Ryan Wilson | Carol Tinsley | Venus Lombrana | Chaplain Laurel Smith | |
| | | | MOONEY | Scott Norkey | Josh Skeels<br>Ext. 6221 | Chinelo Amen-ra<br>Bianca Johnson<br>Cecilia Woods | Holli Neeb | Regina Seyfre | | |

**REGIONAL DIRECTOR:**
Bill Geddes

**CLINICAL SUPERVISOR:**
Jere Beltrame

**RESIDENTIAL PROGRAM:**
Gary Coakley, Manager
Caroline Merillat, Treat. Coord.
Kirk Jackson, Treat. Coord.

**NIGHT STAFF:**
Andy Creger, Supervisor
Rebecca Hamilton, Asst

**HEALTH CLINIC:**
Sandra Scheffler, R.N.
Lara Houghton, Med. Assist.
Markus Wells, Transporter

**CONSULTANTS:**
Aurif Abedi, M.D., Psychiatrist
Nihal Saran, M.D., Psychiatrist
Jim Sweigart, Psychologist

| EDUCATIONAL PROGRAM | | TEACHERS | | | |
|---|---|---|---|---|---|
| | Principal........................James Chludzinski<br>Diagnostic......................Jim Sweigart<br>Social Worker..............Kathleen Goldhardt<br>Social Worker..............David Evoy | Tim Cain<br>Marc Daly<br>Shirley Ivan | Michelle Moore<br>Bonnie Ritter<br>Doug Ruesink | Cindy Simpson<br>Charles Slattery<br>Ron Steiff | Richard Yester |

Jar:LISTS\STAFF LIST