UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN ALDRICH,

Plaintiff,

v.

Case No.: 4:10-cv-13515-AC

Hon. Mark A. Goldsmith

BOYSVILLE OF MICHIGAN, INC., a Michigan corporation, doing business as HOLY CROSS CHILDREN'S SERVICES,

Defendant.

---

LAW OFFICES JEFFREY S. BURG ESQ
By: Jeffrey S. Burg (P38381)
29777 Telegraph Road, Suite 2447
Southfield, MI 48034
(248) 864-4376
Attorneys for Plaintiff
jburg@comcast.net

BODMAN PLC
By: Karen L. Piper (P31706)
201 W. Big Beaver Road, Suite 500
Troy, Michigan 48084
(248) 743-6025
kpiper@bodmanlaw.com
Attorneys for Defendant

BELLANCA, BEATTIE & DELISLE, P.C.
By: James V. Bellanca, Jr. (P10663)
James C. Zeman (P22711)
20840 Vernier Road
Harper Woods, MI 48225
(313) 882-1100
jbellanca@bellanca.com
jzeman@bellanca.com

---

## INDEX OF EXHIBITS

24. Plaintiff's Initial Disclosures, pp. 79-94
25. HCCS IS Department Organizational Chart
26. Excerpts from Deposition of Robin Aldrich (January 19 and June 8, 2011)
27. 2007 Performance Evaluation for Robin Aldrich

28. Deposition of Information Systems Manager, Eileen Parker (June 22, 2011)

29. Deposition of HCCS Director of Information Systems, Kathy Pixley (June 22, 2011)

30. *Equal Employment Opportunity Commission v. P.A.M. Transport, Inc.*, Opinion and Order dated September 7, 2011