# Exhibit 24

## Piper, Karen

**From:** Rick LaFlamme [rlaflamme@lm-law.net]
**Sent:** Friday, January 14, 2011 4:59 PM
**To:** Piper, Karen
**Subject:** Aldrich v. Boysville
**Attachments:** Plaintiff's Disclosures.pdf

Karen,

Here are the disclosures. The documents will follow immediately in 20 page blocks. Thank you for your patience.

Sincerely,

Richard N. LaFlamme (Rick)
LaFlamme & Mauldin, P.C.
2540 Spring Arbor Road
Jackson, Michigan 49203
Ph. (517) 784-9122
Fax (517) 784-1818

The information contained in this email is intended solely for the use of the intended recipient, and may be privileged, confidential and protected from disclosure. If you are not the intended recipient of this e-mail, any use, disclosure, dissemination, distribution or copying of this message or any attachment is prohibited. If you believe you have received this email in error, please delete it and notify me by e-mail. Any discussion of Federal tax issues in this communication was not intended or written to be used, and cannot be used, by any person (i) for the purpose of avoiding penalties that may be imposed by the Internal Revenue Service, or (ii) to promote, market or recommend to another party any matter addressed herein.

KAREN L. PIPER
KPIPER@BODMANLLP.COM
248-743-6025

June 4, 2009

BODMAN LLP
SUITE 500
201 W. BIG BEAVER ROAD
TROY, MICHIGAN 48084
248-743-6002 FAX
248-743-6000

VIA E-MAIL

Attn: Ms. Tihana C. Hilliard
Michigan Department of Civil Rights

Re: Robin Aldrich v Holy Cross Children Services
MDCR #399684

Dear Ms. Hilliard:

This law firm represents Holy Cross Children's Services. Please direct all future correspondence regarding this charge to the undersigned.

Holy Cross Children's Services (HCCS) is a Catholic-oriented, nonprofit child care and family preservation agency whose headquarters are in Clinton, Michigan. HCCS conducts residential and community-based programs throughout the State of Michigan. Its purpose is to serve the needs of Michigan families and children without regard to race, creed or economic status. Holy Cross Children's Services provides a full continuum of services intended to address the needs of children and families.

Claimant, Robin Aldrich, worked in the Information System Department at HCCS's Clinton campus until November 4, 2008 at which time she was laid off, along with others, as part of a reduction in force. Her job was to evaluate the computer training needs of the agency; design and develop training classes; track training; manage user security agreements; provide advanced help desk support and act as assistant IS manager. Claimant was notified of her layoff on October 21, 2009. She was paid two weeks' pay in lieu of notice to extend her termination date to November 4, 2008. She then used her All Purpose Leave to extend her termination date through November 28, 2008.

Other positions eliminated in October 2008 include: payroll clerk, accounting clerk, HR specialist, IS support technician, financial analyst and accounting clerk.

Claimant also was working on her Masters degree in social work. The Clinton campus Division Manager Rick Kruse knew this because the Clinton campus Clinical Director Tom Weston acted as Claimant's Internship Supervisor through Eastern Michigan University and met with Claimant monthly. Claimant performed her MSW internship under the direction of Marcia Rodakowski, HCCS Supervised Independent Living Supervisor who met with Claimant weekly.

At the time of the layoff, because of Claimant's work on her MSW, Clinton's Division Manager, Rick Kruse, requested and obtained a variation in the State of Michigan licensing requirements to permit Claimant to work as a family worker for a residential group on campus. The variation was approved on November 8, 2008. Claimant was offered work with HCCS' Clinton campus Ford Group in November but declined because she was not available.

Meanwhile Claimant was offered and accepted a Treatment Specialist position on a temporary/on-call basis in November, 2008. Claimant was required to complete 40 hours of training. Claimant did not complete training because she was not available. As a result, she was not eligible to work available shifts as a Treatment Specialist. Her employment ended on February 6, 2009.

Claimant is believed to have had another job working at American Federal Credit Union at this time.

HCCS cannot respond to vague conclusionary unsupported allegations of discrimination based on disability, height, weight, gender or retaliation. Claimant does not identify any medical conditions that were actual or perceived disabilities. HCCS has no record that Claimant ever filed a civil rights complaint internally or externally before now. Claimant offers no support for an allegation of height, weight or gender discrimination.

Claimant's job was eliminated in a reduction in force. HCCS made two attempts to place Claimant in another job at HCCS. Claimant did not want the work, possibly due to her other job. These activities belie discrimination on any illegal basis. HCCS requests the charge be dismissed.

Very truly yours,

Karen L. Piper

KLP/dah
cc: Larry L. O'Kelley

HolyCross
CHILDREN'S SERVICES

## Agency co-worker's notified of lay-off 10/08 – 12/08

| Co-worker's Name | Job Title | Approx. Height (from mgr/sup) | Sex |
|---|---|---|---|
| Sharon G. Newson-Dunn | Division Manager | | Female |
| Elaine Ryles | Cook | | Female |
| Darrell L. Rich | TS I | | Male |
| Benney Joyce Harris | Secretary | | Female |
| Alexander I. Amadi | TS II | | Male |
| William A. Brantley | TS II | | Male |
| Stephen Wilson | TS IV | | Male |
| Lonza A. Feagin, Jr. | TS IV | | Male |
| Michael J. Cowart | TS IV | | Female |
| Vanessa Clark | Family Worker | | Female |
| Patricia T. Olagbegi | House Coordinator | | Female |
| Tonia N. Hayes | TS I | | Female |
| Delena R. Campbell | TS II | | Female |
| Melody Guyton | TS IV | | Female |
| LaToya D. Jones | TS IV | | Female |
| Oluranti O. Oyebade | TS IV | | Female |
| Rosie M. Perry | TS IV | | Female |
| Katrina L. Jackson | TS IV | | Female |
| Robert Williams | Division Mgr | | Male |
| Gennell Goodman | Cook | | Female |
| Shawn M. Wooley | Night Staff | | Male |
| Harold McKart<br>Last known telephone #:<br>(734)693-0124 | Night Staff | Approx. 5'8"<br>27 yrs. | Male |
| Weyman R. Jones | TS II | | Male |
| John C. Torosian | TS II | | Male |
| Melinda C. Laboe | TS IV | | Female |
| Kevin M. Trickey | Assisting Teacher | | Male |
| Geraldine Boykin | TS II | | Female |
| Leona L. Webb | Lead Teacher | | Female |
| Joshua R. Williams | Night Staff (RPT) | | Male |
| Keith Frank *(position was eliminated –Mr. Frank retired)* | Night Staff | | Male |
| Venus Lombrana | Division Mgr | | Female |
| Jason Schroeder<br>Last known telephone #:<br>(517)423-3688 | Mower Operator | Approx. 5'8" [illegible] | Male |
| Sue A. Simon | Cook | | Female |
| Joseph P. Rocha<br>Last known telephone #:<br>(989)397-0695 | Gen Maint II | Approx. 5'6" | Male |
| Keith Ferchau<br>Last known telephone #:<br>(989)777-3266 | Gen Maint II | Approx. 5'7" | Male |
| Jesse Renkiewicz – *(hours reduced part-time to on-call)* | NSD Specialist | | Female |
| *Emma Robin Aldrich | IS Sr Trainer | | Female |

| | | | |
|---|---|---|---|
| *Linda Pizana | Payroll Clerk | | Female |
| *Karen Gentz *(position was eliminated – Ms. Gentz retired)* | Accounting Clerk | | Female |
| James Caris | TS I | | Male |
| Chris Luter | Program Coord | | Male |
| Diane Hughes | TS IV | | Female |
| Wanda Skillman | TS II | | Female |
| Louis Seamon | Night Staff | | Male |
| Chandra Flores | TS II | | Female |
| Valerie Margres | Secretary | | Female |
| Michelle Gotts | Night Staff (RPT) | | Female |
| Justin Morris | TS IV (RPT) | | Male |

**Additional budget cuts - other *Central Services Administration co-worker's notified of lay-off in early 2009**

| Co-worker's Name | Job Title | Approx. Height (from mgr/sup) | Sex |
|---|---|---|---|
| *Steven Meyer<br>Last known telephone #: (517)266-0650 | IS Support Tech | Approx. 5'7" | Male |
| *Linda Pizana | HR Specialist | | Female |
| *Kimberly Tiede | Financial Analyst | | Female |
| *Tonja Rajala | Accounting Clerk | | Female |
| *Catherine Schmidt *(hours reduced from 15 to 5 per wk)* | Secretary | | Female |

HolyCross
CHILDREN'S SERVICES

Attached is the letter I wrote to licensing requesting a variance for Robin Aldrich in October 2008 for a Family Worker position.

I received written notice from licensing with a letter dated November 19, 2008 that the request was approved.

Robin was offered hours in November as a Family Worker and on call Treatment Specialist but declined to work due to other commitments and plans. We exchanged phone calls for a few weeks. Robin did not pick up any hours or training. The onus became Robin's to contact us if she was interested in working. She did not contact us for any hours.

Rick Kruse
Division Manager
Holy Cross Children's Services

October 6, 2008

Stephen J. Garcia, A.C.S.W.
Child Welfare Licensing Consultant
Bureau of Regulator Services
2121 W Stadium Blvd.
Ann Arbor, MI 48103

Dear Stephen J. Garcia, A.C.S.W.:

Holy Cross Children's Services, Clinton Campus, requests an exemption for Rule 400.4119 Social service worker; qualifications (which requires).

> A social service worker, at the time of appointment to the position, shall possess a bachelor's degree with a major in criminal justice, sociology, psychology, social work, or guidance and counseling.

Robin Aldrich is a Holy Cross Children's Services co-worker currently working in our Information Systems department. She has applied for a Family Worker position. That position serves as a Social service worker.

Ms Aldrich has a Bachelor of Science from Capella University in Information Technology. She will earn her MSW from Eastern Michigan University in the spring of 2009.

Rule 400.4105 states "upon written request of an applicant or licensee, the department may grant an exemption from an administrative rule if there is clear and convincing evidence that the alternative to the rule complies with the intent of the administrative rule from which exemption is sought".

The interpretation/method of rule 400.105 states, "if an individual has a bachelor's degree but not in one of the rule specified degrees areas, the institution may request a variance. The individual's course work may be considered for variance approval if at least 25% of the coursework for a bachelor's degree is comprised of human behavioral services."

The following courses are presented as evidence that Ms. Aldrich has completed more than 25% of her coursework for a bachelor's degree in the human behavioral services:

**Jackson Community College**

| | |
|---|---|
| SSC 1314 Social Issues | 3 |
| SOC 235 Minority Groups in America | 3 |

| | |
|---|---|
| PSY 1404 Intro to Psychology | 4 |
| SOC 236 Women in a Changing Society | 3 |
| HMS 246 Early Childhood Education | 3 |
| HUM 131 Cultural Connections | 3 |
| PSY 252 Developmental Psychology | 3 |
| PSY 256 Educational Psychology | 3 |

= 25 credits in human services from JCC

**Eastern Michigan University**

| | |
|---|---|
| SWRK 502 Services on Social Policy | 3 |
| SWRK 506 Individuals and Families | 2 |
| SWRK 507 Groups, Organizations & Commun | 2 |
| SWRK 521 Policy Analysis & Change | 3 |
| GERT 532 Aging Through Eyes of the Old | 2 |
| SWRK 526 People of Color: NonDefic Persp | 2 |
| SWRK 528 Practice with Women | 2 |
| SWRK 553 Ethnc/Gnd Iss Among Aged | 2 |
| GERT 512 Psychosocial Aspcts Agng | 3 |
| SWRK 510 Generalist Practice I | 3 |
| SWRK 530 Social Work Rsrch Methodology | 3 |
| SWRK 520 Generalist Practice II | 3 |
| SWRK 588 Field Experience I | 4 |
| SWRK 589A Field Experience II | 2 |
| SWRK 589B Field Experience II | 2 |
| SWRK 643 Families in the Social Environ | 3 |
| SWRK 610 Empowerment: Socl Justice & Socl Chng | 2 |

| | |
|---|---|
| SWRK 540 Policies & Issues in Serv to Fam | 3 |
| SWRK 542 Family Centered Practice | 3 |
| SWRK 552 Policy Issues & Older People | 3 |
| GERT 688 Gerontology Practicum | 2 |
| GERT 524 Families and Dementia | 2 |

= 54 credits EMU Master's of Social Work Program

79 total credits in the behavioral health services

Currently enrolled in:

| | |
|---|---|
| PSY 551 Psych of Death & Dying | 2 |
| SWRK 630 Action Research | 3 |
| SWRK 688 Field Experience III | 3 |

Robin will earn her MSW degree in spring 2009.

I believe her course work is evidence that Ms Aldrich complies with the intent of the administrative rule and the level of protection required by the rule remains intact. Therefore, we request an exemption to the rule.

Respectfully,

Rick Kruse, LMSW
Division Manager
Holy Cross Children's Services

rk
cc: George Birkam, Regional Director
Alyson Beck, Human Resources Director

From: "Piper, Karen" <KPIPER@BODMANLLP.COM>
To: "Christina Beltz" <beltzc@michigan.gov>
Date: 8/24/2009 9:30 AM
Subject: RE: MDCR #399684 Robin Aldrich v Holy Cross Children Services

Ms. Beltz,

I selected the following names from the list I provided as "professional level" male employees who were notified of layoff. Here is the info I have on them. I do not know the height or weight of any of them.

Division Manager oversees several programs in a region.

A program Coordinator is in charge of one program.

A TSI is the lead treatment specialist in a program.

A TSII is a direct care worker who monitors the youth in a program.

Robert Williams (313-885-4482) was laid off from his position as Division Manager. He applied for and was accepted as a part-time school counselor in Detroit in February 2009.

Christian Luter (989-245-3802) a Program Coordinator, was notified of layoff from Saginaw's Segue program. He applied for and was accepted for an opening as a Transition Worker, a lower grade position, at Queen of Angels in Saginaw.

James Cares (989-607-3875) a TS I was notified of layoff from Saginaw's Segue program. He applied for and was accepted for an opening as a TS I at James Hall in Saginaw. He resigned from Holy Cross in July 2009.

Darryl Rich (313-642-1363) a TS I was laid off when Holy Cross closed Andre House in Detroit. He applied for and was accepted for a TS II position, a lower graded position, at St. Thomas in Detroit.

Please let me know if you require any additional information.

Karen L. Piper
BODMAN LLP
Suite 500
201 W. Big Beaver Road
Troy, Michigan 48084
voice: 248-743-6025
fax : 248-743-6002
email: kpiper@bodmanllp.com
web : http://www.bodmanllp.com

Please consider the environment before printing this e-mail.
CIRCULAR 230 DISCLOSURE In accordance with U.S. Treasury regulations, if this message from Bodman LLP (or any attachment) contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.

P. 1

* * * Communication Result Report ( Jul. 15. 2009 10:54AM ) * * *

1)
2)

Date/Time: Jul. 15. 2009 10:53AM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 8656 | Memory TX | 912487436002 | P. 2 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

MICHIGAN DEPARTMENT OF CIVIL RIGHTS

Facsimile Cover Sheet

| | | | | |
|---|---|---|---|---|
| Date | July 15, 2009 | | Fax # | 248-743-6002 |
| Time | 10:52 AM | | # of Pages | 2 (including cover sheet) |

To: Karen Piper, Attorney
Bodman LLP

From: Christina G. Beltz Phone: 810-760-2998
Civil Rights Investigator Email: beltzc@michigan.gov

Re: MDCR Contact #399684 Robin Aldrich v Holy Cross Children Services

MESSAGE: See enclosed letter. Respond promptly. Thank you for your cooperation and assistance.

Notice of Confidentiality: The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipient(s) named above. This message may be an attorney-client communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you may have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us.

STATE OF MICHIGAN
DEPARTMENT OF CIVIL RIGHTS
FLINT

JENNIFER M. GRANHOLM
GOVERNOR

KELVIN W. SCOTT
DIRECTOR

July 15, 2009

Karen L. Piper, Attorney
Bodman LLP
Suite 500
201est Big Beaver Road
Troy, MI 48084

**Re: MDCR Contact #399684 Robin Aldrich v. Holy Cross Children Services**

Dear Ms. Piper

I have been assigned to continue the investigation into this Complaint. Thank you for providing a response to this complaint. However, in order to thoroughly investigate this matter, the Respondent needs to provide the following information.

1. Provide the name, job title, sex, height, and weight of the other employees who were laid off. For each also provide their last known telephone number.

2. How was claimant offered to work with HCCS' Clinton campus? If it was offered in writing, provide a copy. If it was a verbal, provide a signed statement from individual who made the offer.

This information must be provided to me by **July 22, 2009.** Should you have any questions or concerns, please feel free to contact me.

Thank you in advance for your time and cooperation,

C. G. Beltz

Christina G. Beltz
Civil Rights Representative
810-760-2998 Telephone
810-760-7363 Fax
beltzc@michigan.gov

Christina Beltz - HCCS re Aldrich position statement.DOC

**From:** "Piper, Karen" <KPIPER@BODMANLLP.COM>
**To:** <beltzc@michigan.gov>
**Date:** 7/1/2009 11:21 AM
**Subject:** HCCS re Aldrich position statement.DOC
**Attachments:** HCCS re Aldrich position statement (2).DOC

Ms. Beltz,

As we discussed, I am the attorney representing Holy Cross Children's Services and as such submitted a position statement on this matter on June 4, 2009. It was submitted via email to Tihana Hilliard because we did not have a street address for her. I understand that she has left the agency and we assume that is why you did not receive a copy with the file. Attached is another copy. I understand that you do NOT require respondent to provide answers to the interrogatories at this time. Thanks
Please let me know if you need any further information. My contact information is below.

Karen L. Piper, attorney
BODMAN LLP
Suite 500
201 W. Big Beaver Road
Troy, Michigan 48084
voice: 248-743-6025
fax : 248-743-6002
email: kpiper@bodmanllp.com
web : http://www.bodmanllp.com

Please consider the environment before printing this e-mail.

CIRCULAR 230 DISCLOSURE In accordance with U.S. Treasury regulations, if this message from Bodman LLP (or any attachment) contains advice concerning one or more Federal tax issues, it is not a formal legal opinion and may not be used by any person for the avoidance of Federal tax penalties.

CONFIDENTIALITY NOTICE The contents of this message from Bodman LLP may be privileged and confidential. Therefore, if this message has been received in error, please delete it without reading it. Your receipt of this message is not intended to waive any applicable privilege. Please do not disseminate this message without the permission of the author.

P. 1

* * * Communication Result Report ( Jun. 30. 2009 5:17PM ) * * *

1)
2)

Date/Time: Jun. 30. 2009 5:16PM

| File No. | Mode | Destination | Pg(s) | Result | Page Not Sent |
|---|---|---|---|---|---|
| 8524 | Memory TX | 915174232598 | P. 8 | OK | |

Reason for error
E. 1) Hang up or line fail
E. 2) Busy
E. 3) No answer
E. 4) No facsimile connection
E. 5) Exceeded max. E-mail size

MICHIGAN
DEPARTMENT OF
CIVIL RIGHTS

Facsimile Cover Sheet

| | | | |
|---|---|---|---|
| Date | June 30, 2009 | Fax # | 517-423-2598 |
| Time | 5:15 PM | # of Pages | 8 (including cover sheet) |

To: Management
Holy Cross Children Services

From: Christina G. Beltz
Civil Rights Investigator

Re: MDCR No. 399684 Robin Adrich v HCCS

MESSAGE: See enclosed. Respond promptly.
Thank you in advance for your time and cooperation.

Notice of Confidentiality: The information contained in this facsimile message is intended only for the personal and confidential use of the designated recipients named above. This message may be [illegible] communication, and as such is privileged and confidential. If the reader of this message is not the intended recipient, you are hereby notified that you may have received this document in error, and that any review, dissemination, distribution, or copying of this message is strictly prohibited. If you have received this communication in error, please notify us immediately by telephone and return the original message to us.

FLINT STATE OFFICE BUILDING • [illegible] EAST UNION • 7th FLOOR • FLINT, MICHIGAN [illegible]
[illegible] • [illegible]

STATE OF MICHIGAN
DEPARTMENT OF CIVIL RIGHTS
FLINT

JENNIFER M. GRANHOLM
GOVERNOR

KELVIN SCOTT, J.D.
DIRECTOR

June 30, 2009

Attn: Management
Holy Cross Children Services
8759 Clinton-Macon Road
Clinton, MI 49236

**RE: MDCR No. 399684 Robin Adrich v Holy Cross Children Services**

Dear Manager/Director:

I have been assigned to complete the investigation of the allegations into unlawful discrimination in the above referenced matter. The Michigan Department of Civil Rights served the Respondent with an Order and a copy of the Interrogatories on **May 13, 2009**. The Answers to the First Set of Interrogatories were due in our office on **June 9, 2009**. More than 28 days have passed since you were served. The Order required that you provide answers to the Interrogatories **within 28 days** of receiving service. Additionally, the Michigan Rules of Court, MCR 2.309 (B)(4), require that Interrogatories be answered within 28 days after the Interrogatories are served.

The answers to the Interrogatories are now due in our office on **July 8, 2009**. Your continued failure to answer the First Set of Interrogatories will result in the case being transferred to the Office of the Attorney General for the State of Michigan for enforcement of the Order and reimbursement of all associated costs.

**In order to avoid litigation and costs I strongly advise you to provide the answers to the Interrogatories in the above referenced matter upon receipt of this letter.** Should you have any questions, do not hesitate to contact me. Thank you in advance for your cooperation and consideration.

Sincerely,
C. G. Beltz
Christina G. Beltz
Civil Rights Representative
810-760-2998 Telephone
810-760-7363 Fax
beltzc@michigan.gov

# MICHIGAN DEPARTMENT OF CIVIL RIGHTS
# INTAKE INTERVIEW

Claimant=s name (request spelling): Robin Aldrich Claimant's Individual ID #: 467514

Claimant=s complete address: 2379 Linden Court, Adrian, MI 49221

Claimant=s telephone number(s): ____________________ work
*(** by primary #)* ____________________ home
517-260-1703 cell

Emergency contact name/telephone number: same as above

Claimant=s date of birth: 01/12/1960 Claimant's sex: F Claimant's race: White

Respondent=s name: Holy Cross Children's Services Respondent's ID #: 366281

Respondent=s complete address: 8759 Clinton-Macon Road
Clinton, MI 49236
Total # of employees: 15+

Respondent=s telephone: (877) 424-6825 Respondent=s contact person:

Discrimination location: 8759 Clinton-Macon Road Clinton, MI 49236

Area of Complaint: ( ) Housing ( x ) Employment ( ) Public Accommodation
( ) Law Enforcement ( ) Public Service ( ) Education

For **housing** concerns: How did you learn of the Fair Housing Act? N/A

Have you contacted MDCR, EEOC or HUD before? If so, when and please explain.
NO

What happened that you believe is discriminatory? After returning from medical leave from having foot surgery, I complained to management that I believed that I was being singled out because of my sex, height, weight, and a perceived disability. On November 4, 2008, Respondent laid me off allegedly for financial reasons. I am the only person who was laid off at the time. I believe that I was laid off because of my sex, height, weight, sex, perceived disability, and in retaliation for my complaints of civil rights violations. Claimant has complaints about CFO making comments about her weight, "That's quite a big green shirt you have on" but the comments were made beyond MDCR and EEOC statute of limitations. Claimant was referred by her attorney.

Was the discrimination due to your: ( ) Religion ( )Race ( )Color ( x ) Sex
( ) National Origin ( x ) Perceived Disability ( )Age ( )Marital Status (x )Height ( x )Weight
( ) Arrest Record ( )Familial Status ( x ) Other - please explain - retaliation

Date of incident(s): November 4, 2008

## CHARGE OF DISCRIMINATION

*This form is affected by the Privacy Act of 1974; see Privacy Act Statement on reverse before completing this form.*

*COMPLAINT/CHARGE NUMBER*

MDCR # 399684

EEOC # 23A-2009-61095C

MICHIGAN DEPARTMENT OF CIVIL RIGHTS and THE U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

| NAME (Indicate Mr., Ms., Mrs.) | HOME TELEPHONE NO. (Include Area Code) |
|---|---|
| Ms. Robin Aldrich | (517) 260-1703 |

STREET ADDRESS, CITY, STATE AND ZIPCODE
2379 Linden Ct., Adrian, MI 49221

*Named is the employer, labor organization, employment agency, apprenticeship committee, state or local government agency who discriminated against me.*

| NAME | # EMPL/MEMBERS | TELEPHONE NO. (Include Area Code) |
|---|---|---|
| Holy Cross Children Services | 100 | (877) 424-6825 |

STREET ADDRESS, CITY, STATE AND ZIPCODE
8759 Clinton-Macon Road, Clinton, MI 49236

| CAUSE OF DISCRIMINATION BASED ON | DATE OF MOST RECENT OR CONTINUING DISCRIMINATION |
|---|---|
| Disability, Height, Retaliation, Sex, Weight | November 4, 2008 |

I am a woman who is 5'7' and 350 pounds who has a medical condition who complained about civil rights violation and I allege that I was laid off on November 4, 2008, because of my sex, height, weight, perceived disability, and in retaliation for engaging in protected activity.

I began working for Respondent on January 13, 1997, and worked as an IS Senior Trainer at Respondent's Clinton Township, Michigan location.

Layoff/recall 11/04/2008 Sex, Height, Weight, Disability, Retaliation

After returning from medical leave I complained to management that I believed that I was being singled out because of my sex, height, weight, and a perceived disability. On November 4, 2008, Respondent laid me off allegedly for financial reasons. I am the only person who was laid off at the time. I believe that I was laid off because of my sex, height, weight, sex, perceived disability, and in retaliation for my complaints of civil rights violations.

This complaint is based on the following law:

Americans with Disabilities Act of 1990, as amended

Elliott-Larsen Civil Rights Act No 453, Public Act of 1976, as amended

Michigan Persons with Disabilities Act No. 220, Public Acts of 1976, as amended

Title VII, US Civil Rights Act of 1964, as amended

I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.

I declare under penalty of perjury that the foregoing is true and correct.

I also want this charge filed with the EEOC. I will advise the agencies if I change my address or telephone number, and I will cooperate fully with them in the processing of my charge in accordance with their procedures.

4-22-2009 — Date

Robin Aldrich — Signature of Charging Party / Claimant

NOTARY (When necessary to meet State and Local Requirements)

Julie Markham

SUBSCRIBED AND SWORN BEFORE ME THIS DATE (Day, month and year)

22nd April, 2009

Commissioned in Ingham County

Acting in Ingham County

Commission expires 6/14/2014

JULIE MARKHAM NOTARY PUBLIC My Commission Expires June 14, 2014 COUNTY OF INGHAM STATE OF MICHIGAN

EEOC FORM 5/ CR406 (Rev 04-05)

PREVIOUS VERSIONS OF THIS FORM ARE OBSOLETE AND MUST NOT BE USED