# Exhibit 25

# HCCS IS Department

**DRAFT**

### IS Director

Agency/IS Planning
Agency/IS Policies
Negotiate IS contracts
IS Goals
Legal Compliance
Budget
Vendor Selection
Explore Funding
Security of Info
Manage telephone systems/lines
Supervise Department
Cell phones (b)
Network restores (b)
Disaster Site (b)
Equipment Spec (b)
Equipment Purchase(b)
CIS Admin (b)
CIS Devel (b)

### IT Manager

Identify Agency H/W needs
H/W specification
NW Equip and Server specification
PC/laptop and printer specification
Manage IS Inventory
User security/setup
K of C Web Page
Disaster Site
Manage network and servers
Track user problems and solve
Verify S/W licensing
Standardize/document system setup
Network Backups/Restores
Off-site servers
Two-way radios
Supervise Technicians
Password changes (b)
Server S/W upgrades (b)

### IS Manager

Identify Agency S/W needs
S/W specification
Facilitate Process Automation
Research/recommend S/W
CIS Development
Samaritan web page
Agency web page
Track S/W upgrades and modifications
S/W Licensing
ABRA, MIP, RE Admin
Supervise IS training
CIS Admin (b)
Report writing (b)
Documentation (b)
Server S/W Upgrades(b)

### IS Trainer ???

Computer training
Track IS training
Prepare training materials
Phone systems Scripts
IS Newsletter
CIS Admin (b)
Report Writing (b)
Helpdesk (b)
Network backups (b)
Agency web page (b)
Samaritan web page (b)
Report down phone lines/DSL(b)
User/Sec. Setup (b)
CIS Devel (b)

### IS Support Tech

Helpdesk
Hardware setup
Bench repair
Cell phones
Inventory new equipment
Report down phone lines/DSL
Password changes
Training (b)
Two-way radios (b)
Repair Tech (b)

### IS Hardware Tech

Repair PCs/Laptops
Repair Printers
Install and setup hardware
Record inventory changes
Configure LANs
Configure DSL/MIS
Bench tech (b)
Helpdesk (b)

EXHIBIT
PENGAD 800-631-6989
Aldrich 16
6-8-11