# Exhibit 27

# CO-WORKER DEVELOPMENT PLAN

RECEIVED
OCT 17 2007
Human Resources

## IDENTIFICATION

NAME: ROBIN ALDRICH

REVIEW DATE: AUGUST 1, 2007

POSITION: IS SENIOR TRAINER

LOCATION: CLINTON - IS DEPARTMENT

SUPERVISOR: EILEEN PARKER

DATE OF LAST REVIEW:

10/09/2006

TERM OF REVIEW:

- ☐ 6 Month
- ☐ Other
- ☐ 12 Month
- ☐ Transfer Evaluation
- ☒ Annual

## RATING SCALE (TO BE USED FOR RATING EACH OF THE CATEGORIES)

| NA | 1 | 2 | 3 |
|---|---|---|---|
| Not Applicable | Needs Improvement To Meet Standards | Fully Meets Standards | Exceeds Standards |

| Points: NA Not Applicable | 1 Needs Improvement To Meet Standards | 2 Fully Meets Standards | 3 Exceeds Standards |
|---|---|---|---|

## PROFESSIONAL QUALITIES

### A. Work Habits

3 1. Exhibits punctuality to work, meetings, training and other assigned duties.

3 2. Plans ahead for time off.

2 3. Meets attendance policy.

3 4. Handles agency information in a confidential, discreet and professional manner.

2 5. Dresses appropriate to situation.

3 6. Completes paperwork in an accurate and timely manner.

3 7. Inputs data into computer system in an accurate and timely manner.

### B. Interpersonal Skills

3 1. Willingness to listen to and hear others' viewpoints.

2 2. Receives constructive criticism and suggestions in a positive manner.

3 3. Offers constructive criticism in a positive manner.

3 4. Cooperates and maintains good relations with students, families, co-workers and community members.

3 5. Demonstrates professional consideration and respect for the concerns of other staff.

2 6. Ability to accept and adapt to change in a constructive manner.

3 7. Willingly participates in and contributes constructively in committees, meetings, discussions and other groups.

| Points: NA Not Applicable | 1 Needs Improvement To Meet Standards | 2 Fully Meets Standards | 3 Exceeds Standards |
|---|---|---|---|

**C. Professional Development**

3 1. Continues professional growth by participating in certain activities such as courses, trips, workshops, reading, writing, and participation in professional associations.

3 2. Participates in in-house workshops/training and attempts to implement ideas, strategies, and training topics into daily work behaviors.

3 3. Promotes respect for the profession and represents the agency in the best light to the community.

**D. Team Responsibilities**

2 1. Comes to team meetings prepared to provide input and direction for dialog.

3 2. Supports team members to ensure integrated effort.

3 3. Problem solves effectively with team members.

**Co-worker Name** **Robin Aldrich**

## NARRATIVE

1) Supervisor's overall summary statement (strengths, areas to improve, future development):

Since the first of the year, Robin has taken on a variety of new IS duties because the IS Department was reduced by two positions. In addition, due to donwsizing in Administrative Services, Robin has been asked to temporarily assume a number of other duties previously performed by the Communications and Program Evalaution Departments. Robin has met these challenges willingly with her customary comitment to excellence.

Robin continues to provide the following: all computer trainging to HCCS and CCMC staff including prepartion of training materials; second line support for the IS Help Desk; IS documentaiton; CIS administration of user accounts and security and CIS user support. In the past three months Robin has begun to work with the IS Systems Manager on CIS forms development and Access report development. New IS duties include setup and maintenance of network and email user accounts; maintenance of Knights of Columbus website; and CCMC Head Start ChildPlus system administration.

Because the IS Department is functioning with fewer staff, it is critically important that staff be cross-trained in basic department functions/responsibilities. An important goal for Robin in the coming year will be to work with department staff to develop and update IS documentation. In addition, Robin should continue to develop her skills in the area of CIS Access report generation.

In summary, Robin continues to be a critically important member of the IS team. She inspires others with her positive attitude and desire to advance the mission of the agency.

Co-worker Development Plan

Aldrich
00048

Co-worker Name Robin Aldrich

**NARRATIVE**

2) Co-worker's comments on evaluation:

My supervisor's critque of my performance during the past year is gratifying.

The downsizing of the IS Department results in many additional duties for me. This requires working extra hours in an attempt to attend to the tasks that need to be performed every day and to maintain an adequate level of customer service. My skills and knowledge are greatly utilized in the IS Department in the form of system and network administration and website development and maintenance. This includes establishing new users accounts on the network and in CIS and JAIS, deleting users from these systems when employment is discontinued, or deactivating/reactivating accounts for leaves of absences, maintaining the Knights of Columbus website, maintenance of the email server including public folders, researching for networking and email server knowledge, troublshooting user issues and problems with regarding to JAIS, CIS, Microsoft applications, telephones, cell phones, pagers, wireless networks, working from home, general technology related issues, investigating resolutions, the JJOLT transfer process and maintenance the network and information systems. In CIS, this includes deleting duplicate forms, reports, adding new users to the system, deleting terminated users, adding case managers, schools, and maintaining several of the tables in CIS, creating/editing forms within the system, or creating and running reports. The reporting aspects of this system are only as good as the data it contains so it is vitally important to properly maintain all information in this system. I take these tasks seriously.

Additional agency downsizing has resulted in sharing my expertise in areas of Marketing, Communications, Fund Development, and the Executive Office. This includes many multimedia duties such as database administration, creating forms and reports, creating and revising brochures. Additional duties were taken on for the Program Evaluation Department with the merging of the departments. The Program Evaluation Analyst assigned me the duties of creating reports, charts, and graphs from January, through his departure in September 2007. Since his departure, I have taken on many of his duties as well.

From January through August 2007, 526 hours were donated my Eastern Michigan University MSW field placement at Holy Cross Children's Services. This includes 16 weeks in Program Evaluation and 16 weeks on the Clinton Campus. I was heavily involved in creation of the 2006 HCCS Program Operations Report and also with follow-up surveys. During these weeks I also took on the duties of administering the website for the Michigan Chapter of the Knights of Columbus. Also during this time, several duties were performed for Catholic Charities of Monroe County, including the creation of the 2006 Program Operations Report, reporting for the Head Start program for the 2006-2007 school year, and database creation and administration. The Head Start program purchased a new information system, ChildPlus. Although this field placement is complete, the duties mentioned above have become part of my daily tasks.

While I agree with my supervisor that documentation is vital, particularly now that our department numbers so few, each co-worker must assist in properly and adequately documenting assigned job duties. We must each strive to do a better job with this during the coming year. I am more than willing to assist in these endeavors in any way possible.

During the past year, computer training has become another secondary position for me and system administration has become the main focus of my daily tasks. This includes the Holy Cross Children's Services network, CIS, JJOLT, JAIS, and the CCMC ChildPlus system. Helpdesk support continues to be a secondary task and it is my hope that support duties will require less of time my time so that I may focus on the system administration duties that have been assigned.

At this time a large portion of my daily tasks are, or were, performed by co-workers working at a grade level 12 or 13. At this time, I respectfully request that Loren Brown, Kathy Pixley, and Eileen Parker investigate upgrading my position. Please consider my 11 years of loyal and dedicated service to our agency, my information technology degree, my knowledge, skills, work ethic, and my positive attitude. I would enjoy offering a job title and job description, as well as recommend a grade level that I believe adequately reflects the work I complete each day in the IS/Program Evaluation Department. Thank you.

**Your signature on this document indicates this evaluation form has been reviewed and discussed with you. It <u>does not</u> imply agreement or disagreement with this appraisal.**

Co-worker's Signature Emma R. Aldrich Date 10/12/2007

Supervisor's Signature Eileen T Parker Date 10/16/2007

Director's Review Signature KAP

**Co-worker Name** **Robin Aldrich**

**...NARRATIVE CONTINUED**

3) Co-worker's action plan: (to be submitted within 7 days from review date)

It is important to me to continue to enhance the IS department and the computer training and support experience for our co-workers. Professional and personal growth is essential to my personal philosophy, as well as my career advancement, and I will continue to advidly pursue both.

FUTURE DEVELOPMENT

My professional development includes attending internal and external training classes, seminars, and workshops whenever possible and as Holy Cross Children's Services and personal funds permit. I currently hold Microsoft certifications in Word, Excel and Outlook. Several training opportunities are available via my connections at Lenawee Intermediate School District. I intend to continue taking full advantage of these training opportunities.

During the past year I have completed an immense amount of research on network administration, Exchange server administration, troubleshooting, and general information technology information in an attempt to assist in maintaining smooth operation of the HCCS technology.

I continue to conduct research on learning disabilities in order to develop training programs that will assist our co-workers who struggle with ADD, ADHD, Dyslexia, and other learning disabilities. Often these co-workers are unwilling to admit a special need yet require special understanding, more patience, and often, different training methods. When identifying co-workers with learning issues, alternate training methods can be used to support them. It is an area that I feel strongly about and hope that our agency continues to support our co-workers by allowing them to attend additional sessions of a particular course in order to fully comprehend its use.

I will continue to perform any duties necessary in order to facilitate adequate functioning of the IS Department, the Executive Office, the Marketing Department, Communications, and the agency as a whole. My investment of a decade of service with Holy Cross Children's Services continues to movtivate my passion for assisting disenfranchised and vulnerable children and families.

I will continue to make the best use of my degree in information technology and feel that my skills and knowledge have been particularly helpful to the IS Department during the past year. I will continue expanding my knowledge base in order to provide the skills necessary to ensure smooth operations of HCCS technology.

I will continue to conduct computer training with our co-workers. Two concerns have arisen with the current online training approach put into place during the past year. One is that co-workers do not receive the one-on-one attention afforded by personal presence that they have come to expect, and they are slso hesitant to pose questions or present concerns. It is impossible for me to detect whether they are adequately absorbing the information as I am unable to view them. The other reservation is that co-workers with learning disabilities find the virtual classroom too difficult, or impossible, to learn in.

My personal development is an extension of my professional development and includes attending classes in pursuit of an M.S.W. degree from Eastern Michigan University. I began year three of the four-year program on September 5, 2007. This degree is an essential asset to my current position by providing me with the credibility to provide accurate answers to co-workers regarding forms used in treatment planning in CIS, JAIS, as well as other training classes. It is a sincere pleasure to be able to apply a host of new

learning, gleaned from classes in this program, to my daily work activities at HCCS. Beginning in January 2007 and extending through August, I completed a 400-hour field placement by working in our Program Evaluation Department, on the Clinton Campus, with Catholic Charities of Monroe County, and with the Michigan Chapter of the Knights of Columbus. My accumulated hours during this field placement totaled 526.

I will continue conducting training classes with enthusiasm and a positive, helpful attitude. Co-workers are appreciative of an instructor who makes them feel at ease. This normally invites questions and participation throughout the course, although we see much less of this with the virtual classroom method of training.

I will continue to complete all assigned duties in a professional and timely manner.

I will continue to develop my computer skills and remain up-to-date on technological advances in my field by subscribing to information technology literature, periodicals, and conducting Internet research.

I will continue to remain steadfastly supportive of the mission of Holy Cross Children's Services and to represent our agency in a professional and positive manner at all times.

I will consistently remain a positive member of the Holy Cross Children's Services team and to continually strive to maintain a high degree of caring and concern for my fellow co-workers.

Co-worker's Agreement on Action Plan: Emma R. Aldrich Date: 10/12/2007

Supervisor's Approval of Action Plan: Eileen Parker Date: 10/16/2007