# Exhibit 29

# In The Matter Of:

*Robin Aldrich v.*

*Boysville of Michigan et al*

---

*Kathy Pixley*

*June 22, 2011*

---

ACRO

**Legal Support Services**

**Your Digital Link to the Spoken Word**

**210 W. Franklin St. - Suite 200**

**Jackson, MI 49201**

**(517) 787-4472**

*Original File 062211_2 Pixley.TXT*

*Min-U-Script® with Word Index*

Page 37

MS. PIPER: Objection. Foundation.
A. No, I have no idea.
MR. LAFLAMME: Why don't you give us just a couple minutes. I'm either done or very close to it.
(Off the record at 1:19)
(Back on the record at 1:23)
Q. (BY MR. LAFLAMME) If John Lemmer had a user name and password for administrative access to the servers, could he have accessed Robin's e-mail?
A. No, he would have had to have known how to go in and change the exchange server or how to go into active directory and actually change her password so he could log in as Robin.
Q. Did John Lemmer, or anyone else at Holy Cross, ever express concerns to you about Robin's weight?
A. No.
Q. Did John Lemmer, or anyone else at Holy Cross, ever express concerns to you about Robin's absences from work during 2008?
A. No.
MR. LAFLAMME: Thank you. I have no more questions.
MS. PIPER: I have no questions.
(Deposition concluded at 1:24)

Page 38

INDEX


| WITNESS | PAGE |
|---|---|
| KATHY PIXLEY | 2 |


Page 39

STATE OF MICHIGAN )
) ss.
COUNTY OF JACKSON )

I, Roger D. Thome, a Notary Public in and for the above county and state do hereby certify that the deposition of Kathy Pixley was taken before me at the time and place hereinbefore set forth; that the witness was by me first duly sworn to testify to the truth, the whole truth and nothing but the truth; that thereupon the foregoing questions were asked and foregoing answers made by the witness which were duly recorded by me stenographically and later transcribed by means of computer-aided transcription, and I certify that this is a true and correct transcript of my stenographic notes so taken.

I further certify that the signature to and the reading of the deposition was not requested by the witness nor by Counsel for the respective parties hereto; also, that I am not of Counsel to either party nor interested in the event of this cause.

/S/
Notary Public, Jackson County, Michigan
Date Completed: 6/23/11

My commission expires December 17, 2016.