UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ROBIN ALDRICH,

Plaintiff,

-v-

BOYSVILLE OF MICHIGAN, INC., a Michigan corporation, doing business as HOLY CROSS CHILDREN'S SERVICES,

Defendant.

Case No. 4:10-cv-13515-AC

Hon. Mark Goldsmith

Magistrate Judge Mona K. Majzoub

_______________________________________________/

LAW OFFICES JEFFREY S. BURG ESQ
By: Jeffrey S. Burg (P38381)
29777 Telegraph Road, Suite 2447
Southfield, MI 48034
(248) 864-4376
Attorneys for Plaintiff
jburg@comcast.net

BODMAN PLC
By: Karen L. Piper (P31706)
201 W. Big Beaver Road, Suite 500
Troy, MI 48084
(248) 743-6025
Attorneys for Defendant
kpiper@bodmanlaw.com

BELLANCA, BEATTIE & DELISLE, P.C.
By: James V. Bellanca, Jr. (P10663)
James C. Zeman (P22711)
20840 Vernier Road
Harper Woods, MI 48225
(313) 882-1100
jbellanca@bellanca.com
jzeman@bellanca.com

_______________________________________________/

**STIPULATED ORDER OF DISMISSAL WITH PREJUDICE AND WITHOUT COSTS OR ATTORNEY FEES**

The parties by their undersigned counsel have stipulated and agreed to the following order and this Court being duly advised in the premises.

IT IS HEREBY ORDERED that plaintiff's Complaint is dismissed with prejudice and without costs and/or attorneys fees.

Dated: October 26, 2011
Flint, Michigan

s/Mark A. Goldsmith
MARK A. GOLDSMITH
United States District Judge

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 26, 2011.

s/Deborah J. Goltz
DEBORAH J. GOLTZ
Case Manager

Approved as to form and content:

LAW OFFICES JEFFREY S. BURG ESQ

By: /s/ Jeffrey S. Burg
Jeffrey S. Burg (P38381)
Attorneys for Plaintiff

BODMAN PLC

By: /s/ Karen L. Piper
Karen L. Piper (P31706)
Attorneys for Defendant

BELLANCA, BEATTIE & DELISLE, P.C.

By: /s/ James V. Bellanca, Jr.
James V. Bellanca, Jr. (P10663)
James C. Zeman (P22711)